**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Villa Mechanical, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3977584** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**14001 S. Kostner Ave.**<br>**Midlothian, IL**<br>ZIP Code **60445-2207** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Consumer/Non-Business
- ■ Business

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**(Official Form 1) (10/05)** FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Villa Mechanical, Inc.** |

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ |
| | Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. | ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |
| ■ No | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)

FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Villa Mechanical, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Debtor

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

### Signature of Attorney

X **/s/ Chester H. Foster, Jr. ARDC#**

Signature of Attorney for Debtor(s)

**Chester H. Foster, Jr. ARDC# 03122632**

Printed Name of Attorney for Debtor(s)

**Foster, Kallen & Smith**

Firm Name

**3825 W. 192nd Street**
**Homewood, IL 60430**

Address

**Email: chf@fosterkallen.com**

**708-799-6300  Fax: 708-799-6339**

Telephone Number

**July  7, 2006**

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edward E. Villasenor**

Signature of Authorized Individual

**Edward E. Villasenor**

Printed Name of Authorized Individual

**President/Shareholder**

Title of Authorized Individual

**July  7, 2006**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6-Summary
(10/05)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Villa Mechanical, Inc.**                                                  ,          Case No. _____

Debtor

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 35,397.98 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | 421,605.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 2,600,171.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 3,057,174.72 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6A
(10/05)

In re  **Villa Mechanical, Inc.**                                         ,   Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re   **Villa Mechanical, Inc.**          ,    Case No. _____

                        Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6B
(10/05)

In re    **Villa Mechanical, Inc.**                                        ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable of $1,548,085.51, subject to possible offsets and lien claims by the account debtors, and/or labor and material suppliers in amounts which may exceed the total amounts due and owing to debtor (See attached detailed listing).** | **-** | **Unknown** |
|  | | **Retention funds of $433,301.60, subject to possible offsets and lien claims by the account debtors, and/or labor and material suppliers in amounts which may exceed the total amounts due and owing to debtor (See attached detailed listing).** | **-** | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re    **Villa Mechanical, Inc.**                                                                    Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office furniture.** | **-** | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Villa Mechanical, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  (Total of this page) | 0.00 |
|---|---|---|
|  | Total > | 0.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Villa Mechanical Accounts Receivable As of 5/23/2006

| Name | Address | | | Phone | Fax | Contact | AR Balance | Retention | Notes |
|---|---|---|---|---|---|---|---|---|---|
| BLINDERMAN/MECCOR JOINT VENTURE | 8501 W. HIGGINS RD #320 | CHICAGO | IL 60631-2801 | (847) 564-2800 | | DANIEL POLFUSS | 1,784.01 | | FROM 1999, NOT COLLECTABLE |
| BROADWAY ELECTRIC INC | 6576 N AVONDALE AVE | CHICAGO | IL 60631 | (773) 774-4800 | (773) 774-5760 | | 3,000.00 | | GOOD |
| CALUMET CITY PLUMBING | P.O. BOX 150 645 State St. | CALUMET CITY | IL 60409 | (708) 868-0074 | (708) 868-0102 | | (1,778.40) | | CREDIT MEMO ON ACCOUNT |
| CANNONBALL MECHANICAL | 195 W ASHLAND AVE | AURORA | IL 60506 | (630) 896-4004 | (630) 896-4891 | | 48.58 | | FROM 2004 |
| CAPITOL CONSTRUCTION GROUP | 1400 S. WOLF RD.BLDG. 100 | WHEELING | IL 60090 | (847) 215-2500 | | JOHN VAN DYCK | 30,646.15 | | NOT COLLECTABLE, FROM 1999 |
| CHICAGO PUBLIC SCHOOLS | A/P   PO BOX 661 | CHICAGO | IL 60690-0661 | (773) 553-3587 | | ELIZABETH SCANLAN | 284.42 | | SEVERAL VERY LITTLE JOBS FROM 2005 |
| DULLES SCHOOL Att Ralph Richmond | 6311 S. CALUMET AVENUE | CHICAGO | IL 60637 | | | | 320.00 | | NOT COLLECTABLE, FROM 2000 |
| F.H. PASCHENS/S.N. NEILSEN I | 8725 W HIGGINS #200 | CHICAGO | IL 60631 | (847) 699-1595 | (847) 699-6189 | LAKI NIKIKAVOURA | 51,618.52 | | GOOD |
| FLEMING SCHOOL | 4918 W 64TH ST | CHICAGO | IL 60639 | (773) 535-2409 | | | 205.19 | | GOOD |
| FOREST KNOLL CONSTRUCTION INC. | 2155 STONINGTON AVE #203 | HOFFMAN EST | IL 60195 | (847) 882-4411 | (847) 882-4429 | | 203,712.16 | | NOT COLLECTABLE, WAS LITIGATED AND SETTLED, BUT NEVER WRITTEN OFF. |
| FRIEDLER CONSTRUCTION | 2525 N. ELSTON | CHICAGO | IL 60647 | (773) 489-1818 | (773) 489-6560 | BOB BRUNETTE | 62,623.23 | 102,238.09 | GOOD |
| F & V CONSTRUCTION CO. | 4200 W. Victoria St. | Chicago | IL 60646 | (773) 588-4500 | (773) 588-3600 | | 6,612.30 | 4,706.30 | GOOD |
| G.F. STRUCTURES | 9867 PACIFIC AVE | FRANKLIN PARK | IL 60131 | (773) 626-4122 | (773) 626-3564 | | 50,569.42 | 4,573.80 | OLD, BUT GOOD |
| GONZALES CONSTRUCTION CO | 3725 S. MAPLEWOOD | CHICAGO | IL 60632 | (773) 890-5444 | (773) 890-5458 | | 55,618.26 | | IN LITIGATION.  PUBLIC BUILDING TOOK OVER PROJECT. MAY RECEIVE LIQUIDATED DAMAGES |
| HABILITATIVE SYSTEMS, INC. | 415 SOUTH KILPATRICK AVE. | CHICAGO | IL 60644 | (773) 261-2252 | (773) 854-8300 | LYNN FORESTER | 545.56 | | NOT COLLECTABLE, FROM 2002 |
| IHC CONSTRUCTION | 1500 EXECUTIVE DRIVE | ELGIN | IL 60123 | (847) 742-1535 | (847) 742-6610 | DIANE PAPENHAUSE | 1,971.66 | | FROM 2004, BUT GOOD |
| INTEGRATED CONSTRUCTION TECH | 126 S VILLA | VILLA PARK | IL 60181 | (630) 993-1800 | (630) 993-1809 | CHRIS RENN #14 | 20,277.96 | | FROM 2003, BUT GOOD |
| GLENN H. JOHNSON | 8600 W. BRYN MAUR STE 1000 | CHICAGO | IL 60631 | (773) 714-8600 | (773) 714-8602 | | 8,338.50 | 926.50 | NOT COLLECTABLE. ADVANCE BILLING ON NEW PROJECT |
| WALTER S JOSLYN CONSTRUCTION | 9030 S HERMITAGE AVE | CHICAGO | IL 60620-5561 | (773) 239-1600 | (773) 445-4677 | MADALYN FREEMAN | 24,292.94 | | NOT COLLECTABLE, JOSLYN OUT OF BUSINESS |
| K R MILLER | 1624 COLONIAL PARKWAY | INVERNESS | IL 60067 | (847) 358-6400 | (847) 358-6464 | | 1,480.50 | 2,164.50 | INCOMPLETE CONTRACT THAT MAY HAVE BEEN OVER BILLED |
| LEOPARDO COMPANIES, INC. | 333 W. WACKER DR.#250 | CHICAGO | IL 60606 | (312) 332-7570 | (312) 332-7572 | BOB MAGINOT | (33,421.77) | | LEOPARDO OVER PAID VILLA FROM WAY BACK. |
| LINN-MATHES INC | 309 S GREEN ST | CHICAGO | IL 60607 | (312) 454-0200 | (312) 454-6182 | PETER # | 160.00 | | POSSIBLE |
| MICHUDA CONSTRUCTION | 11204 S. WESTERN AVE. | CHICAGO | IL 60643 | (773) 445-5505 | (773) 445-5518 | | (4,003.39) | 112,039.02 | GOOD |
| PACIFIC CONSTRUCTION SERVICES | 33 W. MONROE, STE 2100 | CHICAGO | IL 60603 | (312) 201-7300 | (312) 201-7373 | WARREN | 1,027,593.74 | 206,653.39 | GOOD |
| RITEWAY CONSTRUCTION SER INC | 1030 E 87TH ST | CHICAGO | IL 60619 | (734) 734-1600 | (773) 374-8166 | | 1,766.41 | | NOT COLLECTABLE, FROM 2003 |
| SCHWENDENER/GONZALES | 3725 S. MAPLEWOOD | CHICAGO | IL 60632 | (773) 890-5444 | (773) 890-5458 | | 3,493.10 | | NOT COLLECTABLE, FROM 1999 |
| SCHOENBECK CORP | 16350 S. 105TH CT., | ORLAND PARK | IL 60467 | (708) 226-1840 | | T. GIROUARD | 199.20 | | NOT COLLECTABLE, FROM 2000 |
| SERVICE MASTER ATTN: CPS A/P | 2250 N. LATROBE AVE | CHICAGO | IL 60639 | (773) 534-3270 | (773) 534-3277 | | 10.00 | | IMMATERIAL |
| THERMO SYSTEMS | 1153 N MAIN ST | LOMBARD | IL 60148 | (630) 693-0930 | (630) 693-0931 | | 1,437.46 | | GOOD |
| UNIVERSITY OF ILLINOIS | 1140 S.Paulina, Room 109 | Chicago | IL 60612 | (312) 996-7115 | (312) 413-5204 | | 27,661.85 | | GOOD |
| YALE BUILDING LTD | 6565 SOUTH YALE AVE | CHICAGO | IL 60621 | | | | 1,017.95 | | NOT COLLECTABLE |
| | | | | | | | 1,548,085.51 | 433,301.60 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | Total AR & Retainage | | 1,981,387.11 | |
| | | | | | | | | | |
| | Subject to possible offsets and lien claims by the account debtors, and/or labor and material suppliers in amounts which may exceed the total amounts due and owing to debtor. | | | | | | | | |

Form B6D
(10/05)

In re    **Villa Mechanical, Inc.**                                              ,    Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | **Non-Purchase Money Security** | | | | | |
| **CONTRACTORS CREDIT/PRO POWER 1684 RELIABLE PARKWAY Chicago, IL 60686** | - | | **Blanket lien on all of Debtor's assets.** | | | | | |
| | | | Value $        **Unknown** | | | | **35,397.98** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__  continuation sheets attached

| | | |
|---|---|---|
| | Subtotal (Total of this page) | **35,397.98** |
| | Total (Report on Summary of Schedules) | **35,397.98** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6E
(10/05)

In re     **Villa Mechanical, Inc.**                                                    Case No. _____
                                                                        ,
                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____**2**____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re   **Villa Mechanical, Inc.**                                              ,   Case No. _____
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | **Wages** | | | | | |
| **EDWARD E. VILLASENOR 15242 BRIAR LANE Oak Forest, IL 60452** | - | | | | | | 3,994.34 | 3,994.34 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) | 3,994.34 | 3,994.34

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re   **Villa Mechanical, Inc.**                                          Case No. _____
                                    Debtor                    ,

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Illinois Department of Revenue Bankruptcy Section - Level 7-425 100 W. Randolph Street Chicago, IL 60601** | - | | **Taxes** | | | | 17,611.00 | 17,611.00 |
| Account No. **36-3977584** <br><br>**Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | - | | **941 Taxes** | | | | 400,000.00 | 400,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 417,611.00 | 417,611.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 421,605.34 | 421,605.34 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F
(10/05)

In re    **Villa Mechanical, Inc.**
                                                                    Case No. _____
                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt. | | | | |
| **ABC INC** **1580 N NORTHWEST HGWY** **Park Ridge, IL 60068** | | - | | | | | 113,199.50 |
| Account No. | | | Trade Debt. | | | | |
| **AGA GAS / LINDE GAS** **PO BOX 802807** **Chicago, IL 60680-2807** | | - | | | | | 1,602.09 |
| Account No. | | | Trade debt. | | | | |
| **AIR PRODUCTS** **1555 LOUIS AVENUE** **Elk Grove Village, IL 60007** | | - | | | | | 78,805.00 |
| Account No. | | | Trade debt. | | | | |
| **ALBANY STEEL & BRASS** **6784 EAGLE WAY** **Chicago, IL 60678-1678** | | - | | | | | 6,551.58 |

__22__ continuation sheets attached

Subtotal
(Total of this page)    **200,158.17**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    S/N:34868-060629    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                              ,    Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ALEXANDER CONST GROUP INC**<br>**5219 S GREENWOOD AVE**<br>**Chicago, IL 60615** | | - | Trade debt. | | | | 3,117.50 |
| Account No.<br><br>**ALL POWER TOOL INC**<br>**921 ESTES CT**<br>**Schaumburg, IL 60193** | | - | Trade debt. | | | | 309.01 |
| Account No.<br><br>**ALPHA INSULATION INC**<br>**14001 S KOSTNER**<br>**Midlothian, IL 60445** | | - | Trade debt. | | | | 272,761.19 |
| Account No.  **ACCT # 708-489-9898-056-1**<br><br>**AMERITECH 9898**<br>**BILL PAYMENT CTR**<br>**Saginaw, MI 48663-0003** | | - | Trade debt. | | | | 981.06 |
| Account No.<br><br>**APPLIED CONTROLS**<br>**539-541 W TAFT DR**<br>**South Holland, IL 60473-2030** | | - | Trade debt. | | | | 113,296.07 |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**390,464.83**

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                                    Case No. _____
                                          ,
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt. | | | | |
| **ASA CHICAGO 3150 RIVER RD SUITE 101 Des Plaines, IL 60018** | - | | | | | | 650.00 |
| Account No. | | | Trade debt. | | | | |
| **ASSOCIATED DESIGN SERVICE 11160 SOUTHWEST HIGHWAY Palos Hills, IL 60465** | - | | | | | | 413.50 |
| Account No. | | | Trade debt. | | | | |
| **AUTOMATED CONTROL TECHNOLOGIES 8330 S MADISON SUITE 90 Hinsdale, IL 60521** | - | | | | | | 8,707.60 |
| Account No. | | | Trade debt. | | | | |
| **AVANA - ELECTROTEK INC PO BOX 644 Elk Grove Village, IL 60009-0644** | - | | | | | | 1,937.70 |
| Account No. | | | Trade debt. | | | | |
| **BANNER PLUMBING SUPPLY CO 7255 COTTAGE GROVE AVE Chicago, IL 60619** | - | | | | | | 3,597.34 |

Sheet no. __2__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,306.14**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Villa Mechanical, Inc.**
_____,   Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt. | | | | |
| BMK TECHNOLOGIES 1503 W. 174TH ST. Hazel Crest, IL 60429 | - | | | | | | | | 213,165.00 |
| Account No. | | | | | Trade debt. | | | | |
| BORNQUIST INC. 135 S LA SALLE ST DEPT 4539 Chicago, IL 60674-4539 | - | | | | | | | | 85,122.73 |
| Account No. | | | | | Trade debt. | | | | |
| BRIAN DECOOK ATTORNEY AT LAW 6212 W MONEE-MANHATTAN RD Monee, IL 60449 | - | | | | | | | | 3,387.10 |
| Account No. | | | | | Trade debt. | | | | |
| BRODERICK TEAMING COMPANY 3927 S HALSTED ST Chicago, IL 60609 | - | | | | | | | | 266.75 |
| Account No. | | | | | Trade debt. | | | | |
| BRUCKER CO 1200 GREENLEAF AVE Elk Grove Village, IL 60007 | - | | | | | | | | 23,085.00 |

| | | |
|---|---|---|
| Sheet no. __3___ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 325,026.58 |

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.** _____ ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Trade debt. | | | | |
| **BTU COMPANY INC 770 PASQUINELL DR SUITE 414 Westmont, IL 60559** | | | | | | | | | 1,575.00 |
| Account No. | | | - | | Trade debt. | | | | |
| **CARRIER CORPORATION PO BOX 93844 Chicago, IL 60673** | | | | | | | | | 1,093.00 |
| Account No. | | | - | | Trade debt. | | | | |
| **CERTRAL CONTRACTORS SERVICE 4655 W 137TH ST Midlothian, IL 60445** | | | | | | | | | 12,591.23 |
| Account No. | | | - | | Trade debt. | | | | |
| **CHASE P O BOX 9001022 Louisville, KY 40290-1022** | | | | | | | | | 2,800.44 |
| Account No. 00450227726001 | | X | - | | Line of credit. | | | | |
| **Chase PO Box 52064 Phoenix, AZ 85072-2064** | | | | | | | | | 124,000.00 |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

142,059.67

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt. | | | | |
| **CHASE AUTOMOTIVE FINANCE P O BOX 15700 Wilmington, DE 19886-5700** | - | | | | | | | 826.82 |
| Account No. | | | | Trade debt. | | | | |
| **CM SYSTEMS 1516 S BRENTWOOD BLVD SUITE 102 Saint Louis, MO 63144** | - | | | | | | | 2,070.00 |
| Account No. | | | | Trade debt. | | | | |
| **COLUMBIA PIPE & SUPPLY 1209 PAYSPHERE CIRCLE Chicago, IL 60674** | - | | | | | | | 10,256.68 |
| Account No. | | | | Trade debt. | | | | |
| **COMMONWEALTH EDISON BILL PAYMENT CENTER Chicago, IL 60668** | - | | | | | | | 144.87 |
| Account No. | | | | Trade debt. | | | | |
| **CONTROL ENGINEERING CORP. 2000 YORK RD SUITE 102 Oak Brook, IL 60523-1300** | - | | | | | | | 10,498.00 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 23,796.37 |
|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt. | | | | |
| **CONTROLLED ENVIRONMENT**<br>**1350 REMINGTON ROAD**<br>**SUITE U**<br>**Schaumburg, IL 60173** | - | | | | | | **6,000.00** |
| Account No. | | | Trade debt. | | | | |
| **CORBIN SUPPLY**<br>**2320 BROADWAY**<br>**Gary, IN 46407** | - | | | | | | **1.20** |
| Account No. | | | Trade debt. | | | | |
| **CORPORATE FACILITY SRVC INC**<br>**955 N PLUM GROVE RD**<br>**SUITE C**<br>**Schaumburg, IL 60173** | - | | | | | | **2,767.00** |
| Account No. | | | Trade debt. | | | | |
| **CW OLSON & COMPANY**<br>**1701 E GOLF RD**<br>**3 Continental Towers Ste 700**<br>**Rolling Meadows, IL 60008** | - | | | | | | **1,000.00** |
| Account No. | | | Trade debt. | | | | |
| **DAVID OSTERMAN**<br>**14213 ALDWYCH DR.**<br>**Orland Park, IL 60462** | - | | | | | | **1,950.00** |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,718.20**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                    Case No. _____
                                                    ,
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt. | | | | |
| DP SYSTEMS, INC., P.O. BOX 828 Addison, IL 60101 | - | | | | | | 1,310.16 |
| Account No. | | | Trade debt. | | | | |
| DUCTWORK INC 7 N CIRCLE Bloomingdale, IL 60108 | - | | | | | | 130,301.07 |
| Account No. | | | Two (2) Shareholder loans | | | | |
| EDWARD E. VILLASENOR 15242 BRIAR LANE Oak Forest, IL 60452 | - | | | | | | 167,121.00 |
| Account No. | | | Trade debt. | | | | |
| EQUIPMENT STORAGE CORP 7450 S ASLAND AVE Chicago, IL 60636 | - | | | | | | 683.75 |
| Account No. | | | Trade debt. | | | | |
| EVAPCO INC PO BOX 630272 Baltimore, MD 21263-0272 | - | | | | | | 36,216.00 |

Sheet no. __7__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

335,631.98

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Villa Mechanical, Inc.** ,                  Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt. | | | | |
| FED EX PO BOX 94515 Palatine, IL 60094-4515 | - | | | | | | | | 35.11 |
| Account No. | | | | | Trade debt. | | | | |
| FERGUSON ENTERPRISES INC 140 S MITCHELL CT Addison, IL 60101-1427 | - | | | | | | | | 7,126.22 |
| Account No. | | | | | Trade debt. | | | | |
| FLASH FAB 9362 DUNMURRY DR Orland Park, IL 60462 | - | | | | | | | | 765.00 |
| Account No. | | | | | Trade debt. | | | | |
| FLOW MECH 4253 ELM ST Downers Grove, IL 60515 | - | | | | | | | | 32,700.00 |
| Account No. | | | | | Trade debt. | | | | |
| FLUID AIR PRODUCTS 7535 PLAZA CT Willowbrook, IL 60527 | - | | | | | | | | 4,403.72 |

Sheet no. __8__ of __22__ sheets attached to Schedule of        Subtotal        | 45,030.05
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                    ,    Case No. _____

                                     Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt. | | | | |
| **GLOW ELECTRIC CO.** **13437 S KOLMAR LN** **Midlothian, IL 60445** | - | | | | | | | 5,000.00 |
| Account No. | | | | Trade debt. | | | | |
| **GMAC-SMART LEASE** **P O BOX 5180** **Carol Stream, IL 60197-5180** | - | | | | | | | 1,410.13 |
| Account No. | | | | Trade debt. | | | | |
| **HARRIS & ASSOCIATES** **809 W JOLIET HIGHWAY** **New Lenox, IL 60451** | - | | | | | | | 2,039.00 |
| Account No. | | | | Trade debt. | | | | |
| **HATCHELL & ASSOCIATES** **414 W FULLERTON AVE** **Elmhurst, IL 60126-1403** | - | | | | | | | 7,436.00 |
| Account No. | | | | Trade debt. | | | | |
| **HEMINGWAY, INC.** **15300 GREENWOOD RD** **South Holland, IL 60473** | - | | | | | | | 13,000.00 |

Sheet no. __9__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,885.13

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                      ,          Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt. | | | | |
| HISPANIC AMERICAN CONSTR IND. 901 W JACKSON BLVD Chicago, IL 60607 | - | | | | | | | | 600.00 |
| Account No. | | | | | Trade debt. | | | | |
| HOH CHEMICALS PO BOX 487 Palatine, IL 60078 | - | | | | | | | | 10,925.70 |
| Account No. | | | | | Trade debt. | | | | |
| HOLEMAKER CONCRETE DRILLING 1214 CAPITOL DR UNIT #8 Addison, IL 60101 | - | | | | | | | | 85.00 |
| Account No. | | | | | Trade debt. | | | | |
| HTH MECHANICAL SERVICES INC 8450 W 191ST STREET SUITE #17 Mokena, IL 60448 | - | | | | | | | | 4,730.40 |
| Account No. | | | | | Trade debt. | | | | |
| HUDSON BOILER & TANK CO., 1725 W HUBBARD ST. Chicago, IL 60622 | - | | | | | | | | 8,000.00 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,341.10

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                                  ,    Case No. _____
                                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Trade debt. | | | | |
| **ILLINOIS MECHANICAL** **2627 N WESTERN AVE** **Chicago, IL 60647** | | | | | | | | | **6,473.77** |
| Account No. | | - | | | Trade debt. | | | | |
| **IMPERIAL CRANE SERVICES INC** **7500 W IMPERIAL DR** **Bridgeview, IL 60455** | | | | | | | | | **645.00** |
| Account No. | | - | | | Trade debt. | | | | |
| **INTERNATIONAL PIPING SYSTEMS** **444 E STATE PARKWAY** **SUITE 123** **Schaumburg, IL 60173** | | | | | | | | | **148,992.23** |
| Account No. | | - | | | Trade debt. | | | | |
| **INTERNATIONAL TEST & BALANCING** **380 NORTHWEST HIGHWAY** **Des Plaines, IL 60016** | | | | | | | | | **20,020.00** |
| Account No. | | - | | | Trade debt. | | | | |
| **JEM DEVELOPMENT INC** **7224 W 59TH ST** **Summit Argo, IL 60501** | | | | | | | | | **1,300.00** |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**177,431.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re      **Villa Mechanical, Inc.**                                     ,      Case No. _____
                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt. | | | | |
| **JIFFY LUBE**<br>**PO BOX 541133**<br>**Omaha, NE 68154** | - | | | | | | | | 257.04 |
| Account No. | | | | | Trade debt. | | | | |
| **JOHN CASTEEL**<br>**638 MCCOOL ROAD**<br>**Valparaiso, IN 46385** | - | | | | | | | | 441.22 |
| Account No. | | | | | Trade debt. | | | | |
| **JOHNSON CONTROLS**<br>**DRAWER 242**<br>**Milwaukee, WI 53278** | - | | | | | | | | 107,215.00 |
| Account No. | | | | | Trade debt. | | | | |
| **K&K IRON WORKS INC.**<br>**5100 S. LAWNDALE AVE.**<br>**La Grange, IL 60525** | - | | | | | | | | 2,785.30 |
| Account No. | | | | | Trade debt. | | | | |
| **KIRWAN MECHANICAL SERVICE INC.**<br>**10 S RAMM DR**<br>**Naperville, IL 60564** | - | | | | | | | | 1,206.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

111,904.56

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re      **Villa Mechanical, Inc.**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt. | | | | |
| KLEEN AIR SERVICE 5338 N NORTH WEST HIGHWAY Chicago, IL 60630-1136 | - | | | | | | | | 7,995.00 |
| Account No. | | | | | Trade debt. | | | | |
| LATIN AMERICAN CHAMBER COMM 3512 W FULLERTON AVE Chicago, IL 60647 | - | | | | | | | | 462.00 |
| Account No. | | | | | Trade debt. | | | | |
| LEO DELAIR 13901 WOLF ROAD Orland Park, IL 60467 | - | | | | | | | | 1,861.41 |
| Account No. | | | | | Trade debt. | | | | |
| LIFTING GEAR 7433 W 90TH ST Bridgeview, IL 60455 | - | | | | | | | | 2,552.14 |
| Account No. | | | | | Trade debt. | | | | |
| LOPEZ & SONS, INC. 7813 W 97TH ST Hickory Hills, IL 60457 | - | | | | | | | | 5,858.22 |

Sheet no. __**13**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,728.77**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**    Case No. _____
_____,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt. | | | | |
| **M L RONGO INC** **4817 W LAKE ST** **Melrose Park, IL 60160** | | - | | | | | 244.75 |
| Account No. | | | Trade debt. | | | | |
| **MARCO SUPPLY COMPANY, INC.** **5224 INDIANAPOLIS BLVD** **East Chicago, IN 46312** | | - | | | | | 25,546.80 |
| Account No. | | | Trade debt. | | | | |
| **MC MASTER CARR SUPPLY CO.** **P.O. BOX 7690** **Chicago, IL 60680-7690** | | - | | | | | 2,092.75 |
| Account No. | | | Trade debt. | | | | |
| **MCD EXPRESS INC** **3115 INDUSTRIAL DR** **PO BOX 96** **Faribault, MN 55021** | | - | | | | | 850.00 |
| Account No. | | | Trade debt. | | | | |
| **MCQUAY** **1056 SOLUTIONS CENTER** **Chicago, IL 60677** | | - | | | | | 14,800.00 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,534.30

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                          ,    Case No. _____
                                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt. | | | | |
| METROLIFT INC 679 HEARTLAND DR Sugar Grove, IL 60554 | | - | | | | | | | 7,301.03 |
| Account No. | | | | | Trade debt. | | | | |
| MIDWEST AIR PRO INC 2054 N NEW ENGLAND Elmwood Park, IL 60707 | | - | | | | | | | 10,000.00 |
| Account No. | | | | | Trade debt. | | | | |
| MIDWEST ENVIRONMENTAL SALES CO 415 S WILLIAMS ST Mount Prospect, IL 60056 | | - | | | | | | | 1,900.00 |
| Account No. | | | | | Trade debt. | | | | |
| MINSTER MECHANICAL SALES 2120 HALSTED STREET Chicago Heights, IL 60411 | | - | | | | | | | 4,464.72 |
| Account No. | | | | | Trade debt. | | | | |
| MOBILE MINI INC PO BOX 79149 Phoenix, AZ 85062-9149 | | - | | | | | | | 482.50 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    24,148.25

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                                    Case No. _____
_____ ,
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt. | | | | |
| NICOR GAS PO BOX 416 Aurora, IL 60568-0001 | | - | | | | | | | 326.32 |
| Account No. | | | | | Trade debt. | | | | |
| OAK BROOK MECH SERVICES,INC. 961 SO ROUTE 83 Elmhurst, IL 60126-4993 | | - | | | | | | | 568.00 |
| Account No. | | | | | Trade debt. | | | | |
| ORION FITTINGS INC PO BOX  CH17459 Palatine, IL 60055-7459 | | - | | | | | | | 3,802.00 |
| Account No. | | | | | Trade debt. | | | | |
| OTTENHOFF LTD 15020 S RAVINIA Orland Park, IL 60462 | | - | | | | | | | 19,860.00 |
| Account No. | | | | | Trade debt. | | | | |
| PHOENIX TECH. SERV. INC 702 N DES PLAINES ST Plainfield, IL 60544 | | - | | | | | | | 5,012.00 |

| | | |
|---|---|---|
| Sheet no. __**16**__ of __**22**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 29,568.32 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                    Case No. _____
                                         ,
                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PIPE FITTERS LOCAL 597 F B<br>P O BOX 94455<br>Chicago, IL 60690** | - | | | Trade debt. | | | | 104,892.06 |
| Account No.<br><br>**PIPEFITTERS LU 597 401(k) PLAN<br>P.O. BOX 94415<br>Chicago, IL 60690** | - | | | Trade debt. | | | | 134.02 |
| Account No.<br><br>**PITNEY BOWES CREDIT CORP.<br>PO BOX 856460<br>Louisville, KY 40285-6460** | - | | | Trade debt. | | | | 95.95 |
| Account No.<br><br>**PITNEY BOWES PURCHASE POWER<br>P O BOX 856042<br>Louisville, KY 40285-6042** | - | | | Trade debt. | | | | 434.85 |
| Account No.<br><br>**RAND TEC INS. AGENCY<br>977 LAKEVIEW PARKWAY<br>SUITE 105<br>Vernon Hills, IL 60061** | - | | | Trade debt. | | | | 12,016.00 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **117,572.88**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt. | | | | |
| **S&G SUPPLY COMPANY 12900 S THROOP ST Riverdale, IL 60827-6424** | | - | | | | | | | 34,068.85 |
| Account No. | | | | | Trade debt. | | | | |
| **S&G SUPPLY COMPANY 12900 S THROOP ST Riverdale, IL 60827-6424** | | - | | | | | | | 457.64 |
| Account No. | | | | | Trade debt. | | | | |
| **SAM'S CLUB P O BOX 4537 DEPT 49 Carol Stream, IL 60197-4537** | | - | | | | | | | 90.07 |
| Account No. | | | | | Trade debt. | | | | |
| **SHEET METAL WKRS.NATL BENEFIT PO 79321 Baltimore, MD 21279-0321** | | - | | | | | | | 7,597.19 |
| Account No. | | | | | Trade debt. | | | | |
| **SHEET METAL WORKRS LOCAL 73 #597 4530 ROOSEVELT ROAD Hillside, IL 60162** | | - | | | | | | | 100,000.00 |

Sheet no. __**18**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

142,213.75

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**_____,    Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SKYCO PRODUCT INC**<br>**800 JORIE BLVD**<br>**SUITE 100**<br>**Oak Brook, IL 60523** | | - | **Trade debt.** | | | | 2,196.00 |
| Account No.<br><br>**SMACNA**<br>**PO BOX 221230**<br>**Chantilly, VA 20153-1230** | | - | **Trade debt.** | | | | 69.00 |
| Account No.<br><br>**SPRINT**<br>**PO BOX 4181**<br>**Carol Stream, IL 60197-4181** | | - | **Trade debt.** | | | | 707.89 |
| Account No.<br><br>**TEMPERATURE EQUIPMENT CORP.**<br>**17725 VOLBRECHT ROAD**<br>**Lansing, IL 60438** | | - | **Trade debt** | | | | 290,013.05 |
| Account No.<br><br>**THERMO SYSTEMS**<br>**1153 N MAIN ST**<br>**Lombard, IL 60148** | | - | **Trade debt.** | | | | 8,826.56 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

301,812.50

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                    Case No. _____
                                                ,
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt. | | | | |
| **THILMAN & FILIPPINI 2425 PAYSPHERE CIRCLE Chicago, IL 60674** | | - | | | | | | | 648.00 |
| Account No. | | | | | Trade debt. | | | | |
| **THYBAR 913 SOUTH KAY AVE Addison, IL 60101** | | - | | | | | | | 60.00 |
| Account No. | | | | | Trade debt. | | | | |
| **THYCURB CORP 913 S KAY ST Addison, IL 60101** | | - | | | | | | | 300.00 |
| Account No. | | | | | Trade debt. | | | | |
| **TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY P O BOX 740559 Atlanta, GA 30374-0559** | | - | | | | | | | 1,690.70 |
| Account No. | | | | | Trade debt. | | | | |
| **TRUE COMFORT SERVICES, INC 1056 S LEWIS AVE Lombard, IL 60148** | | - | | | | | | | 870.00 |

Sheet no. __**20**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **3,568.70**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                              ,    Case No. _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt. | | | | |
| TVS INSULATION 3109 N CICERO AVE Chicago, IL 60641 | | - | | | | | | 54,342.99 |
| Account No. | | | | Trade debt. | | | | |
| UNITED HEALTH CARE OF ILLINOIS DEPT 3092 135 S LASALLE STREET Chicago, IL 60674-0001 | | - | | | | | | 90.23 |
| Account No. | | | | Trade debt. | | | | |
| UNITED PARCEL SERVICE LOCK BOX 577 Carol Stream, IL 60132-0577 | | - | | | | | | 903.42 |
| Account No. | | | | Trade debt. | | | | |
| US CELLULAR PO BOX 0203 Palatine, IL 60055-0203 | | - | | | | | | 401.63 |
| Account No. | | | | Trade debt. | | | | |
| VILLAGE OF CRESTWOOD 13840 S. CICERO AVE. Midlothian, IL 60445 | | - | | | | | | 12.10 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,750.37

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Villa Mechanical, Inc.**                                    Case No. _____
                                                              ,
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Trade debt. | | | | |
| W.W. GRAINGER DEPT 840832216 Palatine, IL 60038-0001 | | - | | | | | | | 3,629.96 |
| Account No. | | | | | Trade debt. | | | | |
| WASTE MANAGEMENT OF ILLINOIS 1411 N OPUS AVE Downers Grove, IL 60515 | | - | | | | | | | 145.12 |
| Account No. | | | | | Trade debtor. | | | | |
| WELLBUILT EQUIPMENT 617 S MAPLE Grant Park, IL 60940 | | - | | | | | | | 2,477.30 |
| Account No. | | | | | Trade debt. | | | | |
| WESTPORT INSURANCE CORP. 6050 PALMER BLVD UNIT 1 Sarasota, FL 34232-2844 | | - | | | | | | | 9,997.06 |
| Account No. | | | | | Trade debt. | | | | |
| YORK INTERNATIONAL PO BOX 91286 Chicago, IL 60693 | | - | | | | | | | 15,270.34 |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **31,519.78**

Total
(Report on Summary of Schedules)      **2,600,171.40**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6G
(10/05)

In re    **Villa Mechanical, Inc.**                                        ,    Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GMAC-SMART LEASE**<br>**P O BOX 5180**<br>**Carol Stream, IL 60197-5180** | **Lease on 2004 Cadillac CTS.  $680 per month.**<br>**Lease term ends December 2006.  Vehicle was**<br>**returned to GMAC on June 22, 2006.** |

___0___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6H
(10/05)

In re      **Villa Mechanical, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ed Villasenor**<br>**15242 BRIAR LANE**<br>**Oak Forest, IL 60452** | **Chase**<br>**PO Box 52064**<br>**Phoenix, AZ 85072-2064** |

  **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Villa Mechanical, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/Shareholder of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**36**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **July 7, 2006**

Signature    **/s/ Edward E. Villasenor**

**Edward E. Villasenor**
**President/Shareholder**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Villa Mechanical, Inc.**                                                    Case No.  _____

                                    Debtor(s)        Chapter        **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,822,312.00** | **2005  income from operation of business.** |
| **$3,633,195.00** | **2004 income from operation of business.** |
| **$1,952,446.00** | **2006  income from operation of business.** |

**2. Income other than from employment or operation of business**

None

■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **CONTROLLED ENVIRONMENT 1350 REMINGTON ROAD SUITE U Schaumburg, IL 60173** | **4/5/2006** | **$6,000.00** | **$0.00** |
| **CORPORATE FACILITY SRVC INC 955 N PLUM GROVE RD SUITE C Schaumburg, IL 60173** | **4/12/2006** | **$2,905.35** | **$2,767.00** |
| **CORPORATE FACILITY SRVC INC 955 N PLUM GROVE RD SUITE C Schaumburg, IL 60173** | **4/26/2006** | **$2,767.00** | **$2,767.00** |
| **RAND TEC INS. AGENCY 977 LAKEVIEW PARKWAY SUITE 105 Vernon Hills, IL 60061** | **4/5/2006** | **$3,176.00** | **$12,016.00** |
| **CONTRACTORS CREDIT/PRO POWER 1684 RELIABLE PARKWAY Chicago, IL 60686** | **4/26/2006** | **$5,626.46** | **$35,397.98** |
| **CONTRACTORS CREDIT/PRO POWER 1684 RELIABLE PARKWAY Chicago, IL 60686** | **4/28/2006** | **$5,389.67** | **$35,397.98** |
| **SHEET METAL WORKRS LOCAL 73 FB 4530 ROOSEVELT ROAD Hillside, IL 60162** | **4/19/2006** | **$5,000.00** | **$26,029.20** |
| **SHEET METAL WORKRS LOCAL 73 FB 4530 ROOSEVELT ROAD Hillside, IL 60162** | **4/26/2006** | **$17,288.48** | **$26,029.20** |
| **TVS INSULATION 3109 N CICERO AVE Chicago, IL 60641** | **5/10/2006** | **$9,727.04** | **$54,342.99** |
| **WESTPORT INSURANCE CORP. 6050 PALMER BLVD UNIT 1 Sarasota, FL 34232-2844** | **4/5/2006** | **$4,998.39** | **$9,997.06** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **WESTPORT INSURANCE CORP.** **6050 PALMER BLVD** **UNIT 1** **Sarasota, FL 34232-2844** | **4/26/2006** | **$4,998.39** | **$9,997.08** |

None
■   c.   *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Board of Excuation City of Chicago, CHity of Chicago and Villa Mechanical, Inc. Plaintiffs vs. Walter S. Josylyn  03 CH 18461** | **Mechanics Lien** | **Circuit Court of Cook County** | **Settled payments made September 2005.** |
| **Villa Mechanical, Inc. Plaintiff vs. Forest Knoll et. al. Defendants (2003 CH 18462)** | **Mechanics Lien** | **Circuit Court of Cook County** | **Settled September 2005, Release of Lien October 2005.** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC-SMART LEASE** **P O BOX 5180** **Carol Stream, IL 60197-5180** | | **2004 leased Cadillac was returned to GMAC on June 22, 2006.** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Foster, Kallen & Smith 3825 W. 192nd Street Homewood, IL 60430** | **June 2006** | **$7,500** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **SEE ATTACHED LISTING** | | |

5

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank** | **Business checking June 2006** | **Negative balance.** |
| **Chase Bank** | **Payroll account June 2006** | **Negative balance.** |

### 12.  Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Diane Palos Deceased Jan 2006** | |
| **Andrea Manzella 14255 S Kostner Bridgeview, IL 60455** | |
| **Gail Hacker 10911 S Homan Chicago, IL 60655** | |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Tom Ottenhoff, Ottenhoff, Ltd.** | **15020 Ravinia #27 Orland Park, IL 60462** | |

8

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **OTTENHOFF LTD** | **15020 S RAVINIA** |
| | **Orland Park, IL 60462** |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **EDWARD E. VILLASENOR**<br>**15242 BRIAR LANE**<br>**Oak Forest, IL 60452** | **Officer/Shareholder** | **51% shareholder** |
| **DAVID OSTERMAN**<br>**14213 ALDWYCH DR.**<br>**Orland Park, IL 60462** | **Officer** | **49% shareholder** |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                         ADDRESS                         DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE          DATE OF TERMINATION

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **July  7, 2006**                      Signature    **/s/ Edward E. Villasenor**

**Edward E. Villasenor**
**President/Shareholder**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Villa Mechanical Transfers Preceeding Commencement of Case

| Property Sold | Purchaser | Value | Bank Deposit | Total Bank |
|---|---|---|---|---|
| | | Received | Dates | Deposits |
| Tools at Jobsite | Olman Construction | $2,000.00 | 5/26/2006 | $2,000.00 |
| Welding Machine | McCauley Mechanical | $1,000.00 | 5/26/2006 | $1,000.00 |
| Shop Equipment | Innovative Construction | $9,000.00 | 6/5/2006 | $9,000.00 |
| 1998 Chevrolet Pickup Truck | George Quill Construction | $1,500.00 | 6/15/2006 | $1,500.00 |
| 2000 Cargo Van | Ray Jarolimek | $3,000.00 | 6/30/2006 | $3,000.00 |
| Gang Boxes, Pipe Threader | Cash Walk-Ins | $1,700.00 | No Deposit | |
| 1995 Ford Pickup Truck | Cash Walk-In | $500.00 | No Deposit | |
| Misc Scaffolding | Cash Walk-Ins | $150.00 | No Deposit | |
| Comustion Analyzer | Cash Walk-Ins | $630.00 | No Deposit | |
| 2002 Dodge Ram Van | CarMax Tinley Park | $4,000.00 | No Deposit | |
| | | | | |
| **Total** | | **$23,480.00** | | **$16,500.00** |
| | | | | |
| **Property Returned** | **Transferee** | **Value Rec'd** | | |
| | | | | |
| 2004 Leased Cadillac | GMAC Dearlership | N/A | | |
| | | | | |
| **Bills Paid** | | **Amount** | | |
| Shop Labor | | $448.00 | | |
| Van Repairs (Sutton Dodge) | | $310.08 | | |
| Van Towing | | $185.00 | | |
| Chase Bank  (Shortage) | | $267.88 | | |
| Foster (CH 7 Filing Fees) | | $7,500.00 | | |
| Accountant Fees | | $2,500.00 | | |
| Ed Villasenor salary | | $5,790.70 | | |
| Andrea Manzella salary | | $2,433.98 | | |
| Chase 2002 Dodge Van Payoff | | $4,128.58 | | |
| | | | | |
| **Total** | | **$23,564.22** | | |

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Villa Mechanical, Inc.__                                              Case No. _____

                                              Debtor(s)    Chapter    __7__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept.................................................................    $    _____7,500.00__

        Prior to the filing of this statement I have received...............................................    $    _____7,500.00__

        Balance Due................................................................................................................    $    _____0.00__

2.  $__0.00___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

        ■    Debtor    ☐    Other (specify):

4.  The source of compensation to be paid to me is:

        ■    Debtor    ☐    Other (specify):

5.  ■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __July 7, 2006__                                    **/s/ Chester H. Foster, Jr. ARDC#**
                                         **Chester H. Foster, Jr. ARDC# 03122632**
                                         **Foster, Kallen & Smith**
                                         **3825 W. 192nd Street**
                                         **Homewood, IL 60430**
                                         **708-799-6300  Fax: 708-799-6339**
                                         **chf@fosterkallen.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Villa Mechanical, Inc.**                                                    Case No.

                                         Debtor(s)       Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                  **118**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July  7, 2006**                                    **/s/ Edward E. Villasenor**

                                                **Edward E. Villasenor/President/Shareholder**
                                                Signer/Title

ABC INC
1580 N NORTHWEST HGWY
Park Ridge, IL 60068


AGA GAS / LINDE GAS
PO BOX 802807
Chicago, IL 60680-2807


AIR PRODUCTS
1555 LOUIS AVENUE
Elk Grove Village, IL 60007


ALBANY STEEL & BRASS
6784 EAGLE WAY
Chicago, IL 60678-1678


ALEXANDER CONST GROUP INC
5219 S GREENWOOD AVE
Chicago, IL 60615


ALL POWER TOOL INC
921 ESTES CT
Schaumburg, IL 60193


ALPHA INSULATION INC
14001 S KOSTNER
Midlothian, IL 60445


AMERITECH 9898
BILL PAYMENT CTR
Saginaw, MI 48663-0003


APPLIED CONTROLS
539-541 W TAFT DR
South Holland, IL 60473-2030


ASA CHICAGO
3150 RIVER RD
SUITE 101
Des Plaines, IL 60018


ASSOCIATED DESIGN SERVICE
11160 SOUTHWEST HIGHWAY
Palos Hills, IL 60465

AUTOMATED CONTROL TECHNOLOGIES
8330 S MADISON
SUITE 90
Hinsdale, IL 60521


AVANA - ELECTROTEK INC
PO BOX 644
Elk Grove Village, IL 60009-0644


BANNER PLUMBING SUPPLY CO
7255 COTTAGE GROVE AVE
Chicago, IL 60619


BMK TECHNOLOGIES
1503 W. 174TH ST.
Hazel Crest, IL 60429


BORNQUIST INC.
135 S LA SALLE ST
DEPT 4539
Chicago, IL 60674-4539


BRIAN DECOOK ATTORNEY AT LAW
6212 W MONEE-MANHATTAN RD
Monee, IL 60449


BRODERICK TEAMING COMPANY
3927 S HALSTED ST
Chicago, IL 60609


BRUCKER CO
1200 GREENLEAF AVE
Elk Grove Village, IL 60007


BTU COMPANY INC
770 PASQUINELL DR
SUITE 414
Westmont, IL 60559


CARRIER CORPORATION
PO BOX 93844
Chicago, IL 60673

CERTRAL CONTRACTORS SERVICE
4655 W 137TH ST
Midlothian, IL 60445


CHASE
P O BOX 9001022
Louisville, KY 40290-1022


Chase
PO Box 52064
Phoenix, AZ 85072-2064


CHASE AUTOMOTIVE FINANCE
P O BOX 15700
Wilmington, DE 19886-5700


CM SYSTEMS
1516 S BRENTWOOD BLVD
SUITE 102
Saint Louis, MO 63144


COLUMBIA PIPE & SUPPLY
1209 PAYSPHERE CIRCLE
Chicago, IL 60674


COMMONWEALTH EDISON
BILL PAYMENT CENTER
Chicago, IL 60668


CONTRACTORS CREDIT/PRO POWER
1684 RELIABLE PARKWAY
Chicago, IL 60686


CONTROL ENGINEERING CORP.
2000 YORK RD
SUITE 102
Oak Brook, IL 60523-1300


CONTROLLED ENVIRONMENT
1350 REMINGTON ROAD
SUITE U
Schaumburg, IL 60173

CORBIN SUPPLY
2320 BROADWAY
Gary, IN 46407


CORPORATE FACILITY SRVC INC
955 N PLUM GROVE RD
SUITE C
Schaumburg, IL 60173


CW OLSON & COMPANY
1701 E GOLF RD
3 Continental Towers Ste 700
Rolling Meadows, IL 60008


DAVID OSTERMAN
14213 ALDWYCH DR.
Orland Park, IL 60462


DP SYSTEMS, INC.,
P.O. BOX 828
Addison, IL 60101


DUCTWORK INC
7 N CIRCLE
Bloomingdale, IL 60108


Ed Villasenor
15242 BRIAR LANE
Oak Forest, IL 60452


EDWARD E. VILLASENOR
15242 BRIAR LANE
Oak Forest, IL 60452


EQUIPMENT STORAGE CORP
7450 S ASLAND AVE
Chicago, IL 60636


EVAPCO INC
PO BOX 630272
Baltimore, MD 21263-0272


FED EX
PO BOX 94515
Palatine, IL 60094-4515

FERGUSON ENTERPRISES INC
140 S MITCHELL CT
Addison, IL 60101-1427


Financial Management Services
1001 Warrenville Rd.,
Ste. 210.
Lisle, IL 60532


FLASH FAB
9362 DUNMURRY DR
Orland Park, IL 60462


FLOW MECH
4253 ELM ST
Downers Grove, IL 60515


FLUID AIR PRODUCTS
7535 PLAZA CT
Willowbrook, IL 60527


GLOW ELECTRIC CO.
13437 S KOLMAR LN
Midlothian, IL 60445


GMAC-SMART LEASE
P O BOX 5180
Carol Stream, IL 60197-5180


HARRIS & ASSOCIATES
809 W JOLIET HIGHWAY
New Lenox, IL 60451


HATCHELL & ASSOCIATES
414 W FULLERTON AVE
Elmhurst, IL 60126-1403


HEMINGWAY, INC.
15300 GREENWOOD RD
South Holland, IL 60473


HISPANIC AMERICAN CONSTR IND.
901 W JACKSON BLVD
Chicago, IL 60607

HOH CHEMICALS
PO BOX 487
Palatine, IL 60078


HOLEMAKER CONCRETE DRILLING
1214 CAPITOL DR
UNIT #8
Addison, IL 60101


HTH MECHANICAL SERVICES INC
8450 W 191ST STREET
SUITE #17
Mokena, IL 60448


HUDSON BOILER & TANK CO.,
1725 W HUBBARD ST.
Chicago, IL 60622


Illinois Department of Revenue
Bankruptcy Section - Level 7-425
100 W. Randolph Street
Chicago, IL 60601


ILLINOIS MECHANICAL
2627 N WESTERN AVE
Chicago, IL 60647


IMPERIAL CRANE SERVICES INC
7500 W IMPERIAL DR
Bridgeview, IL 60455


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


INTERNATIONAL PIPING SYSTEMS
444 E STATE PARKWAY
SUITE 123
Schaumburg, IL 60173


INTERNATIONAL TEST & BALANCING
380 NORTHWEST HIGHWAY
Des Plaines, IL 60016

JEM DEVELOPMENT INC
7224 W 59TH ST
Summit Argo, IL 60501


JIFFY LUBE
PO BOX 541133
Omaha, NE 68154


JOHN CASTEEL
638 MCCOOL ROAD
Valparaiso, IN 46385


JOHNSON CONTROLS
DRAWER 242
Milwaukee, WI 53278


K&K IRON WORKS INC.
5100 S. LAWNDALE AVE.
La Grange, IL 60525


KIRWAN MECHANICAL SERVICE INC.
10 S RAMM DR
Naperville, IL 60564


KLEEN AIR SERVICE
5338 N NORTH WEST HIGHWAY
Chicago, IL 60630-1136


LATIN AMERICAN CHAMBER COMM
3512 W FULLERTON AVE
Chicago, IL 60647


LEO DELAIR
13901 WOLF ROAD
Orland Park, IL 60467


LIFTING GEAR
7433 W 90TH ST
Bridgeview, IL 60455


LOPEZ & SONS, INC.
7813 W 97TH ST
Hickory Hills, IL 60457

M L RONGO INC
4817 W LAKE ST
Melrose Park, IL 60160


MARCO SUPPLY COMPANY, INC.
5224 INDIANAPOLIS BLVD
East Chicago, IN 46312


MC MASTER CARR SUPPLY CO.
P.O. BOX 7690
Chicago, IL 60680-7690


MCD EXPRESS INC
3115 INDUSTRIAL DR
PO BOX 96
Faribault, MN 55021


MCQUAY
1056 SOLUTIONS CENTER
Chicago, IL 60677


METROLIFT INC
679 HEARTLAND DR
Sugar Grove, IL 60554


MIDWEST AIR PRO INC
2054 N NEW ENGLAND
Elmwood Park, IL 60707


MIDWEST ENVIRONMENTAL SALES CO
415 S WILLIAMS ST
Mount Prospect, IL 60056


MINSTER MECHANICAL SALES
2120 HALSTED STREET
Chicago Heights, IL 60411


MOBILE MINI INC
PO BOX 79149
Phoenix, AZ 85062-9149


NICOR GAS
PO BOX 416
Aurora, IL 60568-0001

OAK BROOK MECH SERVICES,INC.
961 SO ROUTE 83
Elmhurst, IL 60126-4993


ORION FITTINGS INC
PO BOX CH17459
Palatine, IL 60055-7459


OTTENHOFF LTD
15020 S RAVINIA
Orland Park, IL 60462


PHOENIX TECH. SERV. INC
702 N DES PLAINES ST
Plainfield, IL 60544


PIPE FITTERS LOCAL 597 F B
P O BOX 94455
Chicago, IL 60690


PIPEFITTERS LU 597 401(k) PLAN
P.O. BOX 94415
Chicago, IL 60690


PITNEY BOWES CREDIT CORP.
PO BOX 856460
Louisville, KY 40285-6460


PITNEY BOWES PURCHASE POWER
P O BOX 856042
Louisville, KY 40285-6042


RAND TEC INS. AGENCY
977 LAKEVIEW PARKWAY
SUITE 105
Vernon Hills, IL 60061


S&G SUPPLY COMPANY
12900 S THROOP ST
Riverdale, IL 60827-6424


SAM'S CLUB
P O BOX 4537
DEPT 49
Carol Stream, IL 60197-4537

SHEET METAL WKRS.NATL BENEFIT
PO 79321
Baltimore, MD 21279-0321


SHEET METAL WORKRS LOCAL 73
#597
4530 ROOSEVELT ROAD
Hillside, IL 60162


SKYCO PRODUCT INC
800 JORIE BLVD
SUITE 100
Oak Brook, IL 60523


SMACNA
PO BOX 221230
Chantilly, VA 20153-1230


SPRINT
PO BOX 4181
Carol Stream, IL 60197-4181


TEMPERATURE EQUIPMENT CORP.
17725 VOLBRECHT ROAD
Lansing, IL 60438


THERMO SYSTEMS
1153 N MAIN ST
Lombard, IL 60148


THILMAN & FILIPPINI
2425 PAYSPHERE CIRCLE
Chicago, IL 60674


THYBAR
913 SOUTH KAY AVE
Addison, IL 60101


THYCURB CORP
913 S KAY ST
Addison, IL 60101

TRANSAMERICA OCCIDENTAL
LIFE INSURANCE COMPANY
P O BOX 740559
Atlanta, GA 30374-0559


TRUE COMFORT SERVICES, INC
1056 S LEWIS AVE
Lombard, IL 60148


TVS INSULATION
3109 N CICERO AVE
Chicago, IL 60641


UNITED HEALTH CARE OF ILLINOIS
DEPT 3092
135 S LASALLE STREET
Chicago, IL 60674-0001


UNITED PARCEL SERVICE
LOCK BOX 577
Carol Stream, IL 60132-0577


US CELLULAR
PO BOX 0203
Palatine, IL 60055-0203


VILLAGE OF CRESTWOOD
13840 S. CICERO AVE.
Midlothian, IL 60445


W.W. GRAINGER
DEPT 840832216
Palatine, IL 60038-0001


WASTE MANAGEMENT OF ILLINOIS
1411 N OPUS AVE
Downers Grove, IL 60515


WELLBUILT EQUIPMENT
617 S MAPLE
Grant Park, IL 60940

```
WESTPORT INSURANCE CORP.
6050 PALMER BLVD
UNIT 1
Sarasota, FL 34232-2844


YORK INTERNATIONAL
PO BOX 91286
Chicago, IL 60693
```

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Villa Mechanical, Inc.**            Case No. _____

Debtor(s)        Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Villa Mechanical, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 7, 2006** _____
Date

**/s/ Chester H. Foster, Jr. ARDC#** _____
**Chester H. Foster, Jr. ARDC# 03122632**
Signature of Attorney or Litigant
Counsel for   **Villa Mechanical, Inc.** _____
**Foster, Kallen & Smith**
**3825 W. 192nd Street**
**Homewood, IL 60430**
**708-799-6300 Fax:708-799-6339**
**chf@fosterkallen.com**