## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                                    )
                                          )
VILLA MECHANICAL, INC.,                   )
                                          )        Case No.  06 B 08031
                  Debtor(s).              )

### ORDER COMBINED WITH NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that the Court will hold a status hearing in the above-captioned case

on March 18,  2008  at 10:00 a.m. in Courtroom 744, Everett McKinley Dirksen United States

Courthouse, 219 South Dearborn Street, Chicago, Illinois.

The case trustee, Alex D. Moglia, or trustee's counsel is directed to appear at this hearing.

☑ The trustee shall report as to when a final report in this asset case may be expected.

☑ A representative of the United States Trustee's office is to appear in this matter.

Dated: January 25, 2008

ENTER:

Judge Eugene R. Wedoff