# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: VILLA MECHANICAL, INC.     § Case No. 06-08031
                                  §
                                  §
Debtor(s)                         §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on July 07, 2006. The undersigned trustee was appointed on July 07, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $      53,692.45

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 72.50 |
   | Payments to creditors | 40,199.75 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $      13,420.20 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 07/09/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,934.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,934.62, for a total compensation of $5,934.62. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $454.45, for total expenses of $454.45.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/01/2009    By: /s/ALEX D. MOGLIA
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-08031  
**Case Name:** VILLA MECHANICAL, INC.  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 07/07/06 (f)  
**§341(a) Meeting Date:** 08/08/06  

**Period Ending:** 12/01/09  
**Claims Bar Date:** 07/09/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | ACCOUNTS RECEIVABLE | Unknown | Unknown | | 52,964.76 | FA |
| 2 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 3 | MetLife Dividends  (u) | Unknown | N/A | | 22.61 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 705.08 | Unknown |
| **4** | **Assets   Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$53,692.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

   PREPARATION OF FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):**   April 30, 2008      **Current Projected Date Of Final Report (TFR):**   April 30, 2009

Printed: 12/01/2009 11:06 AM    V.11.53

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06-08031  
**Case Name:** VILLA MECHANICAL, INC.

**Taxpayer ID #:** 36-3977584  
**Period Ending:** 12/01/09

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/09/07 | {3} | Metlife | Policy Trust Statement payment | 1223-000 | 10.03 | | 10.03 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 0.01 | | 10.04 |
| 03/02/07 | {1} | University of Illinois | ACCOUNTS RECEIVABLE | 1121-000 | 27,661.85 | | 27,671.89 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 43.02 | | 27,714.91 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 53.43 | | 27,768.34 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 53.53 | | 27,821.87 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 50.17 | | 27,872.04 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 55.46 | | 27,927.50 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 53.84 | | 27,981.34 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 48.72 | | 28,030.06 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 57.52 | | 28,087.58 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 48.95 | | 28,136.53 |
| 12/21/07 | {3} | Metlife | Investor ID 8066-2829-3536 Dividend Distribution | 1223-000 | 12.58 | | 28,149.11 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 46.59 | | 28,195.70 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 41.05 | | 28,236.75 |
| 02/25/08 | 1001 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #06-08031  Voided on 02/25/08 | 2300-000 | | 58.17 | 28,178.58 |
| 02/25/08 | 1001 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #06-08031  Voided: check issued on 02/25/08 | 2300-000 | | -58.17 | 28,236.75 |
| 02/25/08 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #06-08031 | 2300-000 | | 58.17 | 28,178.58 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 23.10 | | 28,201.68 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 20.99 | | 28,222.67 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 16.00 | | 28,238.67 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 14.43 | | 28,253.10 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 14.87 | | 28,267.97 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 14.87 | | 28,282.84 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 13.92 | | 28,296.76 |
| 09/10/08 | | To Account #********1266 | Settlement payment to SG Supply for 75% of Uof I deposit funds | 9999-000 | | 21,223.00 | 7,073.76 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 7.80 | | 7,081.56 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 3.39 | | 7,084.95 |

Subtotals :   $28,366.12   $21,281.17

{} Asset reference(s)

Printed: 12/01/2009 11:06 AM   V.11.53

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-08031  
**Case Name:** VILLA MECHANICAL, INC.

**Taxpayer ID #:** 36-3977584  
**Period Ending:** 12/01/09

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.91 | | 7,086.86 |
| 12/10/08 | {1} | G.F. Structures Corp. | ACCOUNTS RECEIVABLE | 1121-000 | 25,302.91 | | 32,389.77 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.07 | | 32,393.84 |
| 01/09/09 | | To Account #********1266 | Funds for second settlement payment to SG Supply | 9999-000 | | 19,000.00 | 13,393.84 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.50 | | 13,396.34 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.53 | | 13,397.87 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.75 | | 13,399.62 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.64 | | 13,401.26 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.59 | | 13,402.85 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.75 | | 13,404.60 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.70 | | 13,406.30 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.70 | | 13,408.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.64 | | 13,409.64 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.64 | | 13,411.28 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 53,692.45 | 40,281.17 | **$13,411.28** |
| Less: Bank Transfers | 0.00 | 40,223.00 | |
| **Subtotal** | 53,692.45 | 58.17 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$53,692.45** | **$58.17** | |

{} Asset reference(s)

Printed: 12/01/2009 11:06 AM    V.11.53

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 06-08031  
**Case Name:** VILLA MECHANICAL, INC.  

**Taxpayer ID #:** 36-3977584  
**Period Ending:** 12/01/09  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/10/08 | | From Account #********1265 | Settlement payment to SG Supply for 75% of Uof I deposit funds | 9999-000 | 21,223.00 | | 21,223.00 |
| 09/10/08 | 101 | SG Supply | Settlement payment for U of I deposits | 4210-000 | | 21,222.57 | 0.43 |
| 01/09/09 | | From Account #********1265 | Funds for second settlement payment to SG Supply | 9999-000 | 19,000.00 | | 19,000.43 |
| 01/09/09 | 102 | SG Supply | 75% Settlement payment from G.F. Structures Corp. check | 4210-000 | | 18,977.18 | 23.25 |
| 03/09/09 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2009 FOR CASE #06-08031, Blanket Bond Payment for bond #016026455 term 2/1/09-2/1/10 | 2300-000 | | 14.33 | 8.92 |
| | | | **ACCOUNT TOTALS** | | 40,223.00 | 40,214.08 | **$8.92** |
| | | | Less: Bank Transfers | | 40,223.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 40,214.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$40,214.08** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****12-65** | 53,692.45 | 58.17 | 13,411.28 |
| **Checking # ***-*****12-66** | 0.00 | 40,214.08 | 8.92 |
| | **$53,692.45** | **$40,272.25** | **$13,420.20** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-08031
Case Name: VILLA MECHANICAL, INC.
Trustee Name: ALEX D. MOGLIA

Claims of secured creditors will be paid as follows:

*Claimant*                                                              *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | ALEX D. MOGLIA | $ 5,934.62 | $ 454.45 |
| *Attorney for trustee* | LAW OFFICE OF BRUCE DE'MEDICI PC | $ 4,000.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Attorney for trustee* | SMITH AMUNDSEN LLC | $ 2,465.00 | $ 14.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $285,609.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | INTERNAL REVENUE SERVICE | $ 156.87 | $ 8.00 |
| _____ | INTERNAL REVENUE SERVICE | $ 670.73 | $ 34.21 |
| _____ | INTERNAL REVENUE SERVICE | $ 3,029.09 | $ 154.48 |
| _____ | ILLINOIS DEPARTMENT OF REVENUE | $ 324.54 | $ 16.55 |
| _____ | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 887.09 | $ 0.00 |
| _____ | INTERNAL REVENUE SERVICE | $ 670.73 | $ 0.00 |
| _____ | INTERNAL REVENUE SERVICE | $ 156.87 | $ 0.00 |
| _____ | INTERNAL REVENUE SERVICE | $ 86.55 | $ 0.00 |
| 3 | Leo Delair   History | $ 3,944.45 | $ 201.17 |
| 4 | John Casteel   History | $ 2,692.53 | $ 137.32 |
| 7 | The Pipe Fitters' Welfare Fund, Local 597 | $ 48,860.14 | $ 0.00 |
| 8 | The Pipe Fitters' Education Fund, Local 597 | $ 1,544.42 | $ 0.00 |
| 9 | Pipe Fitters' Association, Local Union 597, U A | $ 2,094.59 | $ 0.00 |
| 10 | The Pipe Fitters' Retirement Fund, Local 597 | $ 37,680.04 | $ 0.00 |
| | The Pipe Fitters' Training | | |

**UST Form 101-7-TFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | Fund, Local 597 | $ 4,941.78 | $ 0.00 |
| 17 | Illinois Department of Revenue | $ 132.00 | $ 0.00 |
| 29 | Department of the Treasury-Internal Revenue Service | $ 105,710.49 | $ 0.00 |
| 30 | Illinois Dept of Employment Security | $ 30,952.49 | $ 0.00 |
| 32 | SHEET METAL WKRS NATL BENEFIT | $ 7,323.89 | $ 0.00 |
| 40 | Sheet Metal Workers Local No. 73 | $ 33,750.01 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 601,641.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Ferguson Enterprises, Inc. | $ 8,159.58 | $ 0.00 |
| 5 | Linde Gas LLC | $ 2,341.49 | $ 0.00 |
| 12 | HUDSON BOILER & TANK CO., | $ 8,000.00 | $ 0.00 |
| 13 | MINSTER MECHANICAL SALES | $ 4,237.05 | $ 0.00 |
| 14 | MIDWEST ENVIRONMENTAL SALES CO | $ 1,900.00 | $ 0.00 |
| 15 | EQUIPMENT STORAGE CORP | $ 683.75 | $ 0.00 |
| 16 | IMPERIAL CRANE SERVICES INC | $ 398.18 | $ 0.00 |
| 18 | K&K IRON WORKS INC. | $ 1,404.00 | $ 0.00 |
| 19 | LIFTING GEAR | $ 3,773.56 | $ 0.00 |
| 20 | BANNER PLUMBING SUPPLY CO | $ 3,597.34 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 21 | Albany Steel & Brass Corp | $ 3,211.20 | $ 0.00 |
| 23 | ALPHA INSULATION INC | $ 169,250.00 | $ 0.00 |
| 24 | MC MASTER CARR SUPPLY CO. | $ 2,234.93 | $ 0.00 |
| 25 | WELLBUILT EQUIPMENT | $ 2,501.60 | $ 0.00 |
| 26 | MCD EXPRESS INC | $ 850.00 | $ 0.00 |
| 27 | Waste Management | $ 212.43 | $ 0.00 |
| 28 | Sprint Nextel Corporation | $ 687.46 | $ 0.00 |
| 29 | Department of the Treasury-Internal Revenue Service | $ 6,672.24 | $ 0.00 |
| 30 | Illinois Dept of Employment Security | $ 750.00 | $ 0.00 |
| 31 | United Parcel Service | $ 924.84 | $ 0.00 |
| 32 | SHEET METAL WKRS.NATL BENEFIT | $ 9,148.08 | $ 0.00 |
| 33 | APPLIED CONTROLS | $ 24,771.37 | $ 0.00 |
| 34 | TVS INSULATION | $ 32,130.53 | $ 0.00 |
| 35 | OAK BROOK MECH SERVICES,INC. | $ 915.99 | $ 0.00 |
| 36 | Ed Villasenor | $ 167,000.00 | $ 0.00 |
| 37 | RAND TEC INS. AGENCY | $ 3,187.90 | $ 0.00 |
| 38 | HOLEMAKER CONCRETE DRILLING | $ 1,688.00 | $ 0.00 |
| 39 | AGA GAS / LINDE GAS | $ 2,341.49 | $ 0.00 |
| 40 | Sheet Metal Workers Local No. 73 | $ 43,509.72 | $ 0.00 |
| 41 | JOHNSON CONTROLS | $ 75,000.00 | $ 0.00 |
| 42 | JOHNSON CONTROLS | $ 15,755.26 | $ 0.00 |
| 43 | FLUID AIR PRODUCTS | $ 4,403.72 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**