# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: VILLA MECHANICAL, INC. § Case No. 06-08031 | |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Room 873
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 02/24/2010 in Courtroom 744, United States Courthouse, 219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  01/15/2010         By:  /s/ALEX D. MOGLIA
                                                                                     Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: VILLA MECHANICAL, INC.          §   Case No. 06-08031
                                        §
                                        §
Debtor(s)                               §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*        $     53,695.85

*and approved disbursements of*             $     40,272.25

*leaving a balance on hand of* [1]          $     13,423.60

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ALEX D. MOGLIA | $ 5,934.62 | $ 454.45 |
| Attorney for trustee | LAW OFFICE OF BRUCE DE'MEDICI PC | $ 4,000.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Attorney for trustee | SMITH AMUNDSEN LLC | $ 2,465.00 | $ 14.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $285,609.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | $ 156.87 | $ 8.00 |
|  | INTERNAL REVENUE SERVICE | $ 670.73 | $ 34.21 |
|  | INTERNAL REVENUE SERVICE | $ 3,029.09 | $ 154.48 |
|  | ILLINOIS DEPARTMENT OF REVENUE | $ 324.54 | $ 16.55 |
|  | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 887.09 | $ 0.00 |
|  | INTERNAL REVENUE SERVICE | $ 670.73 | $ 0.00 |
|  | INTERNAL REVENUE SERVICE | $ 156.87 | $ 0.00 |
|  | INTERNAL REVENUE SERVICE | $ 86.55 | $ 0.00 |
| 3 | Leo Delair   History | $ 3,944.45 | $ 201.17 |
| 4 | John Casteel   History | $ 2,692.53 | $ 137.32 |
| 7 | The Pipe Fitters' Welfare Fund, Local 597 | $ 48,860.14 | $ 0.00 |
| 8 | The Pipe Fitters' Education Fund, Local 597 | $ 1,544.42 | $ 0.00 |
|  | Pipe Fitters' Association, Local | | |

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 9 | Union 597, U.A. | $ 2,094.59 | $ 0.00 |
| 10 | The Pipe Fitters' Retirement Fund, Local 597 | $ 37,680.04 | $ 0.00 |
| 11 | The Pipe Fitters' Training Fund, Local 597 | $ 4,941.78 | $ 0.00 |
| 17 | Illinois Department of Revenue | $ 132.00 | $ 0.00 |
| 29 | Department of the Treasury-Internal Revenue Service | $ 105,710.49 | $ 0.00 |
| 30 | Illinois Dept of Employment Security | $ 30,952.49 | $ 0.00 |
| 32 | SHEET METAL WKRS.NATL BENEFIT | $ 7,323.89 | $ 0.00 |
| 40 | Sheet Metal Workers Local No. 73 | $ 33,750.01 | $ 0.00 |

　　　The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

　　　Timely claims of general (unsecured) creditors totaling $ 601,641.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

　　　Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Ferguson Enterprises, Inc. | $ 8,159.58 | $ 0.00 |
| 5 | Linde Gas LLC | $ 2,341.49 | $ 0.00 |
| 12 | HUDSON BOILER & TANK CO., | $ 8,000.00 | $ 0.00 |
| 13 | MINSTER MECHANICAL SALES | $ 4,237.05 | $ 0.00 |
| 14 | MIDWEST ENVIRONMENTAL SALES CO | $ 1,900.00 | $ 0.00 |
| 15 | EQUIPMENT STORAGE CORP | $ 683.75 | $ 0.00 |
| 16 | IMPERIAL CRANE SERVICES INC | $ 398.18 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 18 | K&K IRON WORKS INC. | $ 1,404.00 | $ 0.00 |
| 19 | LIFTING GEAR | $ 3,773.56 | $ 0.00 |
| 20 | BANNER PLUMBING SUPPLY CO | $ 3,597.34 | $ 0.00 |
| 21 | Albany Steel & Brass Corp | $ 3,211.20 | $ 0.00 |
| 23 | ALPHA INSULATION INC | $ 169,250.00 | $ 0.00 |
| 24 | MC MASTER CARR SUPPLY CO. | $ 2,234.93 | $ 0.00 |
| 25 | WELLBUILT EQUIPMENT | $ 2,501.60 | $ 0.00 |
| 26 | MCD EXPRESS INC | $ 850.00 | $ 0.00 |
| 27 | Waste Management | $ 212.43 | $ 0.00 |
| 28 | Sprint Nextel Corporation | $ 687.46 | $ 0.00 |
| 29 | Department of the Treasury-Internal Revenue Service | $ 6,672.24 | $ 0.00 |
| 30 | Illinois Dept of Employment Security | $ 750.00 | $ 0.00 |
| 31 | United Parcel Service | $ 924.84 | $ 0.00 |
| 32 | SHEET METAL WKRS.NATL BENEFIT | $ 9,148.08 | $ 0.00 |
| 33 | APPLIED CONTROLS | $ 24,771.37 | $ 0.00 |
| 34 | TVS INSULATION | $ 32,130.53 | $ 0.00 |
| 35 | OAK BROOK MECH SERVICES,INC. | $ 915.99 | $ 0.00 |
| 36 | Ed Villasenor | $ 167,000.00 | $ 0.00 |
| 37 | RAND TEC INS. AGENCY | $ 3,187.90 | $ 0.00 |
| 38 | HOLEMAKER CONCRETE DRILLING | $ 1,688.00 | $ 0.00 |
| 39 | AGA GAS / LINDE GAS | $ 2,341.49 | $ 0.00 |
| 40 | Sheet Metal Workers Local No. 73 | $ 43,509.72 | $ 0.00 |
| 41 | JOHNSON CONTROLS | $ 75,000.00 | $ 0.00 |
| 42 | JOHNSON CONTROLS | $ 15,755.26 | $ 0.00 |
| 43 | FLUID AIR PRODUCTS | $ 4,403.72 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                                Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                                Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.


Prepared By:  /s/ALEX D. MOGLIA
                        Trustee

ALEX D. MOGLIA
1325 REMINGTON RD. STE. H
SCHAUMBURG, IL  60173
(847) 884-8282


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**