UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: VILLA MECHANICAL, INC.                          § Case No. 06-08031
                                                       §
                                                       §
Debtor(s)                                              §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>ALEX D. MOGLIA                    </u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street, Room 873
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee.   If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 02/24/2010 in Courtroom 744, United States Courthouse,
219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  01/15/2010          By:  /s/ALEX D. MOGLIA
                                       Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: VILLA MECHANICAL, INC.    § Case No. 06-08031
　　　　　　　　　　　　　　　　 §
　　　　　　　　　　　　　　　　 §
Debtor(s)　　　　　　　　　　　　§

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*　　　　　　$　　　53,695.85

*and approved disbursements of*　　　　　　　　$　　　40,272.25

*leaving a balance on hand of* [1]　　　　　　　$　　　13,423.60

Claims of secured creditors will be paid as follows:

*Claimant*　　　　　　　　　　　　　　　　　　　　　　*Proposed Payment*
　　　　　　　　　N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ALEX D. MOGLIA | $     5,934.62 | $     454.45 |
| Attorney for trustee | LAW OFFICE OF BRUCE DE'MEDICI PC | $     4,000.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Attorney for trustee | SMITH AMUNDSEN LLC | $     2,465.00 | $     14.40 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $285,609.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | INTERNAL REVENUE SERVICE | $ 156.87 | $ 8.00 |
| | INTERNAL REVENUE SERVICE | $ 670.73 | $ 34.21 |
| | INTERNAL REVENUE SERVICE | $ 3,029.09 | $ 154.48 |
| | ILLINOIS DEPARTMENT OF REVENUE | $ 324.54 | $ 16.55 |
| | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 887.09 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 670.73 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 156.87 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 86.55 | $ 0.00 |
| 3 | Leo Delair   History | $ 3,944.45 | $ 201.17 |
| 4 | John Casteel   History | $ 2,692.53 | $ 137.32 |
| 7 | The Pipe Fitters' Welfare Fund, Local 597 | $ 48,860.14 | $ 0.00 |
| 8 | The Pipe Fitters' Education Fund, Local 597 | $ 1,544.42 | $ 0.00 |
| | Pipe Fitters' Association, Local | | |

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 9 | Union 597, U.A. | $ 2,094.59 | $ 0.00 |
| 10 | The Pipe Fitters' Retirement Fund, Local 597 | $ 37,680.04 | $ 0.00 |
| 11 | The Pipe Fitters' Training Fund, Local 597 | $ 4,941.78 | $ 0.00 |
| 17 | Illinois Department of Revenue | $ 132.00 | $ 0.00 |
| 29 | Department of the Treasury-Internal Revenue Service | $ 105,710.49 | $ 0.00 |
| 30 | Illinois Dept of Employment Security | $ 30,952.49 | $ 0.00 |
| 32 | SHEET METAL WKRS.NATL BENEFIT | $ 7,323.89 | $ 0.00 |
| 40 | Sheet Metal Workers Local No. 73 | $ 33,750.01 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 601,641.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Ferguson Enterprises, Inc. | $ 8,159.58 | $ 0.00 |
| 5 | Linde Gas LLC | $ 2,341.49 | $ 0.00 |
| 12 | HUDSON BOILER & TANK CO., | $ 8,000.00 | $ 0.00 |
| 13 | MINSTER MECHANICAL SALES | $ 4,237.05 | $ 0.00 |
| 14 | MIDWEST ENVIRONMENTAL SALES CO | $ 1,900.00 | $ 0.00 |
| 15 | EQUIPMENT STORAGE CORP | $ 683.75 | $ 0.00 |
| 16 | IMPERIAL CRANE SERVICES INC | $ 398.18 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 18 | K&K IRON WORKS INC. | $ 1,404.00 | $ 0.00 |
| 19 | LIFTING GEAR | $ 3,773.56 | $ 0.00 |
| 20 | BANNER PLUMBING SUPPLY CO | $ 3,597.34 | $ 0.00 |
| 21 | Albany Steel & Brass Corp | $ 3,211.20 | $ 0.00 |
| 23 | ALPHA INSULATION INC | $ 169,250.00 | $ 0.00 |
| 24 | MC MASTER CARR SUPPLY CO. | $ 2,234.93 | $ 0.00 |
| 25 | WELLBUILT EQUIPMENT | $ 2,501.60 | $ 0.00 |
| 26 | MCD EXPRESS INC | $ 850.00 | $ 0.00 |
| 27 | Waste Management | $ 212.43 | $ 0.00 |
| 28 | Sprint Nextel Corporation | $ 687.46 | $ 0.00 |
| 29 | Department of the Treasury-Internal Revenue Service | $ 6,672.24 | $ 0.00 |
| 30 | Illinois Dept of Employment Security | $ 750.00 | $ 0.00 |
| 31 | United Parcel Service | $ 924.84 | $ 0.00 |
| 32 | SHEET METAL WKRS.NATL BENEFIT | $ 9,148.08 | $ 0.00 |
| 33 | APPLIED CONTROLS | $ 24,771.37 | $ 0.00 |
| 34 | TVS INSULATION | $ 32,130.53 | $ 0.00 |
| 35 | OAK BROOK MECH SERVICES,INC. | $ 915.99 | $ 0.00 |
| 36 | Ed Villasenor | $ 167,000.00 | $ 0.00 |
| 37 | RAND TEC INS. AGENCY | $ 3,187.90 | $ 0.00 |
| 38 | HOLEMAKER CONCRETE DRILLING | $ 1,688.00 | $ 0.00 |
| 39 | AGA GAS / LINDE GAS | $ 2,341.49 | $ 0.00 |
| 40 | Sheet Metal Workers Local No. 73 | $ 43,509.72 | $ 0.00 |
| 41 | JOHNSON CONTROLS | $ 75,000.00 | $ 0.00 |
| 42 | JOHNSON CONTROLS | $ 15,755.26 | $ 0.00 |
| 43 | FLUID AIR PRODUCTS | $ 4,403.72 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*
                               N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*
                               N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/ALEX D. MOGLIA
                                Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                  Page 1 of 3                   Date Rcvd: Jan 19, 2010
Case: 06-08031                 Form ID: pdf006              Total Noticed: 139

The following entities were noticed by first class mail on Jan 21, 2010.
db            Villa Mechanical Inc,    14001 S Kostner Ave,    Midlothian, IL 60445-2207
aty          +Bruce E de'Medici,    150 North Michigan Avenue,    3300,   Chicago, IL 60601-7621
aty          +Chester H. Foster, Jr.,    Foster, Kallen & Smith,    3825 W 192nd St,    Homewood, IL 60430-4314
aty          +William S Hackney, III,    SmithAmundsen, LLC,    150 North Michigan Avenue,    Suite 3300,
               Chicago, IL 60601-6004
tr           +Alex D Moglia, ESQ,    Moglia Advisors,    1325 Remington Rd, Ste H,    Schaumburg, IL 60173-4815
10808805     +ABC INC,    1580 N NORTHWEST HGWY,    Park Ridge, IL 60068-1444
10808806      AGA GAS / LINDE GAS,    PO BOX 802807,    Chicago, IL 60680-2807
10808807     +AIR PRODUCTS,    1555 LOUIS AVENUE,    Elk Grove Village, IL 60007-2313
10808809     +ALEXANDER CONST GROUP INC,    5219 S GREENWOOD AVE,    Chicago, IL 60615-4336
10808810     +ALL POWER TOOL INC,    921 ESTES CT,    Schaumburg, IL 60193-4427
10808811     +ALPHA INSULATION INC,    14001 S KOSTNER,    Midlothian, IL 60445-2207
10808812      AMERITECH 9898,    BILL PAYMENT CTR,    Saginaw, MI 48663-0003
10808813      APPLIED CONTROLS,    539-541 W TAFT DR,    South Holland, IL 60473-2030
10808814     +ASA CHICAGO,    3150 RIVER RD,    SUITE 101,    Des Plaines, IL 60018-4218
10808815     +ASSOCIATED DESIGN SERVICE,    11160 SOUTHWEST HIGHWAY,    Palos Hills, IL 60465-2700
10808816      AUTOMATED CONTROL TECHNOLOGIES,    8330 S MADISON,    SUITE 90,    Hinsdale, IL 60521
10808817      AVANA - ELECTROTEK INC,    PO BOX 644,    Elk Grove Village, IL 60009-0644
10808808    +++Albany Steel & Brass Corp,    1900 W Grand Ave,    Chicago, IL 60622-6286
10808818     +BANNER PLUMBING SUPPLY CO,    7255 COTTAGE GROVE AVE,    Chicago, IL 60619-1299
10808819     +BMK TECHNOLOGIES,    1503 W. 174TH ST.,    Hazel Crest, IL 60429-1818
10808820      BORNQUIST INC.,    135 S LA SALLE ST,    DEPT 4539,    Chicago, IL 60674-4539
10808821     +BRIAN DECOOK ATTORNEY AT LAW,    6212 W MONEE-MANHATTAN RD,    Monee, IL 60449-9161
10808822     +BRODERICK TEAMING COMPANY,    3927 S HALSTED ST,    Chicago, IL 60609-2610
10808823     +BRUCKER CO,    1200 GREENLEAF AVE,    Elk Grove Village, IL 60007-5519
10808824     +BTU COMPANY INC,    770 PASQUINELL DR,    SUITE 414,    Westmont, IL 60559-1200
10808825     +CARRIER CORPORATION,    PO BOX 93844,    Chicago, IL 60673-0001
10808826     +CERTRAL CONTRACTORS SERVICE,    4655 W 137TH ST,    Midlothian, IL 60445-1926
10808827      CHASE,    P O BOX 9001022,    Louisville, KY 40290-1022
10808830     +CM SYSTEMS,    1516 S BRENTWOOD BLVD,    SUITE 102,    Saint Louis, MO 63144-1400
10808831     +COLUMBIA PIPE & SUPPLY,    1209 PAYSPHERE CIRCLE,    Chicago, IL 60674-0012
10808833     +CONTRACTORS CREDIT/PRO POWER,    1684 RELIABLE PARKWAY,    Chicago, IL 60686-0001
10808834     +CONTROL ENGINEERING CORP.,    2000 YORK RD,    SUITE 102,    Oak Brook, IL 60523-8883
10808835     +CONTROLLED ENVIRONMENT,    1350 REMINGTON ROAD,    SUITE U,    Schaumburg, IL 60173-4822
10808836     +CORBIN SUPPLY,    2320 BROADWAY,    Gary, IN 46407-3110
10808837     +CORPORATE FACILITY SRVC INC,    955 N PLUM GROVE RD,    SUITE C,    Schaumburg, IL 60173-4784
10808838      CW OLSON & COMPANY,    1701 E GOLF RD,    3 Continental Towers Ste 700,    Rolling Meadows, IL 60008
10808828      Chase,    PO Box 52064,    Phoenix, AZ 85072-2064
10808839     +DAVID OSTERMAN,    14213 ALDWYCH DR.,    Orland Park, IL 60462-2978
10808840     +DP SYSTEMS, INC.,,    P.O. BOX 828,    Addison, IL 60101-0828
10808841     +DUCTWORK INC,    7 N CIRCLE,    Bloomingdale, IL 60108-1107
10808843     +EDWARD E. VILLASENOR,    15242 BRIAR LANE,    Oak Forest, IL 60452-1949
10808844     +EQUIPMENT STORAGE CORP,    7450 S ASLAND AVE,    Chicago, IL 60636-4019
10808845      EVAPCO INC,    PO BOX 630272,    Baltimore, MD 21263-0272
10808842     +Ed Villasenor,    15242 BRIAR LANE,    Oak Forest, IL 60452-1949
10808846      FED EX,    PO BOX 94515,    Palatine, IL 60094-4515
10808847      FERGUSON ENTERPRISES INC,    140 S MITCHELL CT,    Addison, IL 60101-1427
10808849     +FLASH FAB,    9362 DUNMURRY DR,    Orland Park, IL 60462-1141
10808850     +FLOW MECH,    4253 ELM ST,    Downers Grove, IL 60515-2114
10808851     +FLUID AIR PRODUCTS,    7535 PLAZA CT,    Willowbrook, IL 60527-5612
10827367     +Ferguson Enterprises, Inc.,    c/o Dennis E. Quaid, Esq.,    FagelHaber LLC,
               55 East Monroe Street,    Suite 4000,    Chicago, IL 60603-5830
10808848     +Financial Management Services,    1001 Warrenville Rd.,,    Ste. 210.,    Lisle, IL 60532-1393
11461611      Fringe Benefit Funds,    PO Box 94404,    Chicago, IL 60690-4404
10808852     +GLOW ELECTRIC CO.,    13437 S KOLMAR LN,    Midlothian, IL 60445-1442
10808853      GMAC-SMART LEASE,    P O BOX 5180,    Carol Stream, IL 60197-5180
10808854     +HARRIS & ASSOCIATES,    809 W JOLIET HIGHWAY,    New Lenox, IL 60451-2166
10808855      HATCHELL & ASSOCIATES,    414 W FULLERTON AVE,    Elmhurst, IL 60126-1403
10808856     +HEMINGWAY, INC.,    15300 GREENWOOD RD,    South Holland, IL 60473-1998
10808857     +HISPANIC AMERICAN CONSTR IND.,    901 W JACKSON BLVD,    Chicago, IL 60607-3023
10808858     +HOH CHEMICALS,    PO BOX 487,    Palatine, IL 60078-0487
10808859     +HOLEMAKER CONCRETE DRILLING,    1214 CAPITOL DR,    UNIT #8,    Addison, IL 60101-5302
10808860     +HTH MECHANICAL SERVICES INC,    8450 W 191ST STREET,    SUITE #17,    Mokena, IL 60448-8868
10808861     +HUDSON BOILER & TANK CO.,,    1725 W HUBBARD ST.,    Chicago, IL 60622-6293
10808862    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section - Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60601)
10808863     +ILLINOIS MECHANICAL,    2627 N WESTERN AVE,    Chicago, IL 60647-6623
10808864     +IMPERIAL CRANE SERVICES INC,    7500 W IMPERIAL DR,    Bridgeview, IL 60455-2395
10808865    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10808866     +INTERNATIONAL PIPING SYSTEMS,    444 E STATE PARKWAY,    SUITE 123,    Schaumburg, IL 60173-6416
10808867     +INTERNATIONAL TEST & BALANCING,    380 NORTHWEST HIGHWAY,    Des Plaines, IL 60016-2290
11378178     +Illinois Dept of Employment Security,    Attorney General Section 7th Floor,    33 S State St,
               Chicago, IL 60603-2804
10808868     +JEM DEVELOPMENT INC,    7224 W 59TH ST,    Summit Argo, IL 60501-1422
10808869     +JIFFY LUBE,    PO BOX 541133,    Omaha, NE 68154-9133
10808871    +++JOHNSON CONTROLS,    Attn: Brian Wildermon M-72,    507 E Michigan St,    Milwaukee, WI 53202-5211
11144177     +JPMorgan Chase Bank, NA,    Attn: Nicole Jewell,    1820 E Sky Harbor Cir South,
               Phoenix, AZ 85034-4812
```

```
District/off: 0752-1          User: vrowe                  Page 2 of 3                  Date Rcvd: Jan 19, 2010
Case: 06-08031                Form ID: pdf006              Total Noticed: 139

10808870   +++John Casteel,    George J Arnold Sosin Lawler & Arnold Lt,    11800 South 75th Avenue  Suite 200,
             Palos Heights, Illinois 60463-1063
10808872    +K&K IRON WORKS INC.,    5100 S. LAWNDALE AVE.,    La Grange, IL 60525-3331
10808873     KIRWAN MECHANICAL SERVICE INC.,    10 S RAMM DR,    Naperville, IL 60564
10808874     KLEEN AIR SERVICE,    5338 N NORTH WEST HIGHWAY,    Chicago, IL 60630-1136
10808875    +LATIN AMERICAN CHAMBER COMM,    3512 W FULLERTON AVE,    Chicago, IL 60647-2418
10808877   +++LIFTING GEAR,    9925 South Industrial Dr,    Bridgeview, IL 60455-1982
10808878    +LOPEZ & SONS, INC.,    7813 W 97TH ST,    Hickory Hills, IL 60457-2303
10808876   +++Leo Delair,    George J Arnold Sosin Lawler & Arnold Lt,    11800 South 75th Avenue  Suite 300,
             Palos Heights, Illinois 60463-1064
10967182    +Linde Gas LLC,    PO Box 94737,    Cleveland, OH 44101-4737
10808879    +M L RONGO INC,    4817 W LAKE ST,    Melrose Park, IL 60160-2750
10808880    +MARCO SUPPLY COMPANY, INC.,    5224 INDIANAPOLIS BLVD,    East Chicago, IN 46312-3838
10808881     MC MASTER CARR SUPPLY CO.,    P.O. BOX 7690,    Chicago, IL 60680-7690
10808882    +MCD EXPRESS INC,    3115 INDUSTRIAL DR,    PO BOX 96,    Faribault, MN 55021-0096
10808883    +MCQUAY,    1056 SOLUTIONS CENTER,    Chicago, IL 60677-1000
10808884    +METROLIFT INC,    679 HEARTLAND DR,    Sugar Grove, IL 60554-9594
10808885    +MIDWEST AIR PRO INC,    2054 N NEW ENGLAND,    Elmwood Park, IL 60707-3328
10808886    +MIDWEST ENVIRONMENTAL SALES CO,    415 S WILLIAMS ST,    Mount Prospect, IL 60056-3335
10808887    +MINSTER MECHANICAL SALES,    2120 HALSTED STREET,    Chicago Heights, IL 60411-4282
10808888     MOBILE MINI INC,    PO BOX 79149,    Phoenix, AZ 85062-9149
10808890     OAK BROOK MECH SERVICES,INC.,    961 SO ROUTE 83,    Elmhurst, IL 60126-4993
10808891     ORION FITTINGS INC,    PO BOX CH17459,    Palatine, IL 60055-7459
10808892    +OTTENHOFF LTD,    15020 S RAVINIA,    Orland Park, IL 60462-3166
10808893    +PHOENIX TECH. SERV. INC,    702 N DES PLAINES ST,    Plainfield, IL 60544-1817
10808894    +PIPE FITTERS LOCAL 597 F B,    P O BOX 94455,    Chicago, IL 60690-4455
10808895    +PIPEFITTERS LU 597 401(k) PLAN,    P.O. BOX 94415,    Chicago, IL 60690-4415
10808896     PITNEY BOWES CREDIT CORP.,    PO BOX 856460,    Louisville, KY 40285-6460
10808897     PITNEY BOWES PURCHASE POWER,    P O BOX 856042,    Louisville, KY 40285-6042
11233447    +Pipe Fitters’ Association, Local Union 597, U.A.,    c/o Johnson & Krol, LLC,    208 S. LaSalle,
             Suite 1602,    Chicago, IL 60604-1186
10808898    +RAND TEC INS. AGENCY,    977 LAKEVIEW PARKWAY,    SUITE 105,    Vernon Hills, IL 60061-1444
10808899    +S&G SUPPLY COMPANY,    12900 S THROOP ST,    Riverdale, IL 60827-6499
10874919    +SG Supply Company,    c/o Winkle H Hong,    440 Central Avenue,    Highland Park, IL 60035-2651
10835893    +SG Supply Company,    c/o Emalfarb, Swan & Bain,    440 Central Avenue,
             Highland Park, IL 60035-2651
10808901     SHEET METAL WKRS.NATL BENEFIT,    PO 79321,    Baltimore, MD 21279-0321
10808902    +SHEET METAL WORKRS LOCAL 73,    #597,    4530 ROOSEVELT ROAD,    Hillside, IL 60162-2053
10808903    +SKYCO PRODUCT INC,    800 JORIE BLVD,    SUITE 100,    Oak Brook, IL 60523-2252
10808904     SMACNA,    PO BOX 221230,    Chantilly, VA 20153-1230
10808905     SPRINT,    PO BOX 4181,    Carol Stream, IL 60197-4181
14028885    +Sheet Metal Worker’s Int’l Assoc Local No 73,    Adelman & Gettleman Ltd,    Steven B Chaiken,
             53 West Jackson Boulevard Suite 1050,    Chicago, IL 60604-3786
11370052    +Sprint Nextel Corporation,    Attn: Bankruptcy Dept,    PO Box 172408,    Denver, CO 80217-2408
10808906    +TEMPERATURE EQUIPMENT CORP.,    17725 VOLBRECHT ROAD,    Lansing, IL 60438-4539
10808907    +THERMO SYSTEMS,    1153 N MAIN ST,    Lombard, IL 60148-1360
10808908    +THILMAN & FILIPPINI,    2425 PAYSPHERE CIRCLE,    Chicago, IL 60674-0024
10808909    +THYBAR,    913 SOUTH KAY AVE,    Addison, IL 60101-4995
10808910    +THYCURB CORP,    913 S KAY ST,    Addison, IL 60101-4995
10808911     TRANSAMERICA OCCIDENTAL,    LIFE INSURANCE COMPANY,    P O BOX 740559,    Atlanta, GA 30374-0559
10808912    +TRUE COMFORT SERVICES, INC,    1056 S LEWIS AVE,    Lombard, IL 60148-4040
10808913    +TVS INSULATION,    3109 N CICERO AVE,    Chicago, IL 60641-5110
11233430    +The Pipe Fitters’ Education Fund, Local 597,    c/o Johnson & Krol, LLC,    208 S. LaSalle,
             Suite 1602,    Chicago, IL 60604-1186
11233517    +The Pipe Fitters’ Retirement Fund, Local 597,    c/o Johnson & Krol, LLC,    208 S. LaSalle St.,
             Suite 1602,    Chicago, IL 60604-1186
11233519    +The Pipe Fitters’ Training Fund, Local 597,    c/o Johnson & Krol, LLC,    208 S. LaSalle St.,
             Suite 1602,    Chicago, IL 60604-1186
11233353    +The Pipe Fitters’ Welfare Fund, Local 597,    c/o Johnson & Krol, LLC,    208 S. LaSalle St.,
             Suite 1602,    Chicago, IL 60604-1186
10808914     UNITED HEALTH CARE OF ILLINOIS,    DEPT 3092,    135 S LASALLE STREET,    Chicago, IL 60674-0001
10808915     UNITED PARCEL SERVICE,    LOCK BOX 577,    Carol Stream, IL 60132-0577
11378208    +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,    PO Box 5126,
             Timonium, Maryland 21094-5126
10808917    +VILLAGE OF CRESTWOOD,    13840 S. CICERO AVE.,    Midlothian, IL 60445-1827
10808918     W.W. GRAINGER,    DEPT 840832216,    Palatine, IL 60038-0001
10808919    +WASTE MANAGEMENT OF ILLINOIS,    1411 N OPUS AVE,    Downers Grove, IL 60515-1182
10808920    +WELLBUILT EQUIPMENT,    617 S MAPLE,    Grant Park, IL 60940-9213
10808921    +WESTPORT INSURANCE CORP.,    6050 PALMER BLVD,    UNIT 1,    Sarasota, FL 34232-2838
11367074    +Waste Management,    RMC,    2421 W Peoria Ave  Suite 110,    Phoenix, AZ 85029-4942
10808922    +YORK INTERNATIONAL,    PO BOX 91286,    Chicago, IL 60693-1286

The following entities were noticed by electronic transmission on Jan 19, 2010.
10808829     Fax: 602-221-4614 Jan 20 2010 00:35:20     CHASE AUTOMOTIVE FINANCE,    P O BOX 15700,
             Wilmington, DE 19886-5700
10808832    +E-mail/Text: legalcollections@comed.com                            COMMONWEALTH EDISON,
             BILL PAYMENT CENTER,    Chicago, IL 60668-0001
10808889     E-mail/Text: bankrup@nicor.com                            NICOR GAS,    PO BOX 416,
             Aurora, IL 60568-0001
10808900     E-mail/PDF: gecsedi@recoverycorp.com Jan 20 2010 01:29:41     SAM’S CLUB,    P O BOX 4537,
             DEPT 49,    Carol Stream, IL 60197-4537
10808916     Fax: 866-419-3894 Jan 20 2010 00:50:20     US CELLULAR,    PO BOX 0203,    Palatine, IL 60055-0203
                                                                                               TOTAL: 5
```

```
District/off: 0752-1           User: vrowe                  Page 3 of 3                   Date Rcvd: Jan 19, 2010
Case: 06-08031                 Form ID: pdf006              Total Noticed: 139

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11461610        Sheet Metal Workers Local No. 73
                                                                                                TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2010**                              **Signature:** _Joseph Speetjens_