# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: VILLA MECHANICAL, INC. § Case No. 06-08031
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $40,758.12      Claims Discharged
                                                 Without Payment: $748,235.39

Total Expenses of Administration: $12,940.97

3) Total gross receipts of $ 53,699.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $53,699.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $798,196.44 | $373,854.98 | $40,199.75 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,633.47 | 12,940.97 | 12,940.97 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 677,543.33 | 285,609.30 | 419.40 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 1,123,392.15 | 601,780.68 | 138.97 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,615,765.39 | $1,274,185.93 | $53,699.09 |

    4) This case was originally filed under Chapter 7 on July 07, 2006. The case was pending for 68 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2012          By: /s/ALEX D. MOGLIA
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 52,964.76 |
| MetLife Dividends | 1223-000 | 22.61 |
| Interest Income | 1270-000 | 711.72 |
| **TOTAL GROSS RECEIPTS** | | **$53,699.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | SG Supply Company | 4210-000 | N/A | 100,864.80 | 0.00 | 0.00 |
| 6 | JPMorgan Chase Bank, NA | 4110-000 | N/A | 118,456.35 | 0.00 | 0.00 |
| 22 | SG Supply Company | 4210-000 | N/A | 101,134.84 | 40,199.75 | 40,199.75 |
| 29 | Department of the Treasury-Internal Revenue | 4300-070 | N/A | 444,180.23 | 331,797.50 | 0.00 |
| 30 | Illinois Dept of Employment Security | 4800-070 | N/A | 33,560.22 | 1,857.73 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$798,196.44** | **$373,854.98** | **$40,199.75** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 5,934.62 | 5,934.62 | 5,934.62 |
| ALEX D. MOGLIA | 2200-000 | N/A | 454.45 | 454.45 | 454.45 |
| SMITH AMUNDSEN LLC | 3210-000 | N/A | 2,465.00 | 2,465.00 | 2,465.00 |
| SMITH AMUNDSEN LLC | 3220-000 | N/A | 14.40 | 14.40 | 14.40 |
| LAW OFFICE OF BRUCE DE'MEDICI PC | 3210-000 | N/A | 7,692.50 | 4,000.00 | 4,000.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 58.17 | 58.17 | 58.17 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 14.33 | 14.33 | 14.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 16,633.47 | 12,940.97 | 12,940.97 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 156.87 | 8.10 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 670.73 | 34.62 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 3,029.09 | 156.34 |
| | ILLINOIS DEPARTMENT OF REVENUE | 5300-000 | N/A | N/A | 324.54 | 16.75 |
| | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 5800-000 | N/A | N/A | 887.09 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 670.73 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 156.87 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 86.55 | 0.00 |
| 3 | Leo Delair    History | 5300-000 | N/A | 6,429.41 | 3,944.45 | 203.59 |
| 4 | John Casteel    History | 5300-000 | N/A | 4,388.80 | 2,692.53 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | The Pipe Fitters' Welfare Fund, Local 597 | 5400-000 | N/A | 48,860.14 | 48,860.14 | 0.00 |
| 8 | The Pipe Fitters' Education Fund, Local 597 | 5400-000 | N/A | 1,544.42 | 1,544.42 | 0.00 |
| 9 | Pipe Fitters' Association, Local Union 597, U.A. | 5400-000 | N/A | 2,094.59 | 2,094.59 | 0.00 |
| 10 | The Pipe Fitters' Retirement Fund, Local 597 | 5400-000 | N/A | 37,680.04 | 37,680.04 | 0.00 |
| 11 | The Pipe Fitters' Training Fund, Local 597 | 5400-000 | N/A | 4,941.78 | 4,941.78 | 0.00 |
| 17 | Illinois Department of Revenue | 5800-000 | N/A | 132.00 | 132.00 | 0.00 |
| 29 | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 444,180.23 | 105,710.49 | 0.00 |
| 30 | Illinois Dept of Employment Security | 5800-000 | N/A | 33,560.22 | 30,952.49 | 0.00 |
| 32 | SHEET METAL WKRS.NATL BENEFIT | 5400-000 | N/A | 16,471.97 | 7,323.89 | 0.00 |
| 40 | Sheet Metal Workers Local No. 73 | 5400-000 | N/A | 77,259.73 | 33,750.01 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 677,543.33 | 285,609.30 | 419.40 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ferguson Enterprises, Inc. | 7100-000 | N/A | 8,159.58 | 8,159.58 | 0.00 |
| 5 | Linde Gas LLC | 7100-000 | N/A | 2,341.49 | 2,341.49 | 0.00 |
| 12 | HUDSON BOILER & TANK CO., | 7100-000 | N/A | 8,000.00 | 8,000.00 | 0.00 |
| 13 | MINSTER MECHANICAL SALES | 7100-000 | N/A | 4,237.05 | 4,237.05 | 0.00 |
| 14 | MIDWEST ENVIRONMENTAL SALES CO | 7100-000 | N/A | 1,900.00 | 1,900.00 | 0.00 |
| 15 | EQUIPMENT STORAGE CORP | 7100-000 | N/A | 683.75 | 683.75 | 0.00 |
| 16 | IMPERIAL CRANE SERVICES INC | 7100-000 | N/A | 398.18 | 398.18 | 0.00 |
| 18 | K&K IRON WORKS INC. | 7100-000 | N/A | 1,404.00 | 1,404.00 | 0.00 |
| 19 | LIFTING GEAR | 7100-000 | N/A | 3,773.56 | 3,773.56 | 0.00 |
| 20 | BANNER PLUMBING SUPPLY CO | 7100-000 | N/A | 3,597.34 | 3,597.34 | 0.00 |
| 21 | Albany Steel & Brass Corp | 7100-000 | N/A | 3,211.20 | 3,211.20 | 0.00 |
| 23 | ALPHA INSULATION INC | 7100-000 | N/A | 169,250.00 | 169,250.00 | 0.00 |
| 24 | MC MASTER CARR SUPPLY CO. | 7100-000 | N/A | 2,234.93 | 2,234.93 | 0.00 |
| 25 | WELLBUILT EQUIPMENT | 7100-000 | N/A | 2,501.60 | 2,501.60 | 0.00 |
| 26 | MCD EXPRESS INC | 7100-000 | N/A | 850.00 | 850.00 | 0.00 |
| 27 | Waste Management | 7100-000 | N/A | 212.43 | 212.43 | 0.00 |
| 28 | Sprint Nextel Corporation | 7100-000 | N/A | 687.46 | 687.46 | 0.00 |
| 29 | Department of the Treasury-Internal Revenue | 7100-000 | N/A | 444,180.23 | 6,672.24 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | Illinois Dept of Employment Security | 7100-000 | N/A | 33,560.22 | 750.00 | 0.00 |
| 31 | United Parcel Service | 7100-000 | N/A | 924.84 | 924.84 | 0.00 |
| 32 | SHEET METAL WKRS.NATL BENEFIT | 7100-000 | N/A | 16,471.97 | 9,148.08 | 0.00 |
| 33 | APPLIED CONTROLS | 7100-000 | N/A | 24,771.37 | 24,771.37 | 0.00 |
| 34 | TVS INSULATION | 7100-000 | N/A | 32,130.53 | 32,130.53 | 0.00 |
| 35 | OAK BROOK MECH SERVICES,INC. | 7100-000 | N/A | 915.99 | 915.99 | 0.00 |
| 36 | Ed Villasenor | 7100-000 | N/A | 167,000.00 | 167,000.00 | 0.00 |
| 37 | RAND TEC INS. AGENCY | 7100-000 | N/A | 3,187.90 | 3,187.90 | 0.00 |
| 38 | HOLEMAKER CONCRETE DRILLING | 7100-000 | N/A | 1,688.00 | 1,688.00 | 0.00 |
| 39 | AGA GAS / LINDE GAS | 7100-000 | N/A | 2,341.49 | 2,341.49 | 0.00 |
| 40 | Sheet Metal Workers Local No. 73 | 7100-000 | N/A | 77,259.73 | 43,509.72 | 0.00 |
| 41 | JOHNSON CONTROLS | 7100-000 | N/A | 75,000.00 | 75,000.00 | 0.00 |
| 42 | JOHNSON CONTROLS | 7100-000 | N/A | 15,755.26 | 15,755.26 | 0.00 |
| 43 | FLUID AIR PRODUCTS | 7100-000 | N/A | 4,403.72 | 4,403.72 | 0.00 |
| 44 | MIDWEST AIR PRO INC | 7100-000 | N/A | 10,219.36 | 0.00 | 0.00 |
| | CLERK OF THE UNITED STATES BANKRUPTCY COURT | 7100-000 | N/A | 138.97 | 138.97 | 138.97 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 1,123,392.15 | 601,780.68 | 138.97 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-08031  
**Case Name:** VILLA MECHANICAL, INC.  

**Period Ending:** 03/08/12

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 07/07/06 (f)  
**§341(a) Meeting Date:** 08/08/06  
**Claims Bar Date:** 07/09/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTS RECEIVABLE | Unknown | Unknown | | 52,964.76 | FA |
| 2 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 3 | MetLife Dividends  (u) | Unknown | N/A | | 22.61 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 711.72 | FA |
| 4 | **Assets    Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$53,699.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     April 30, 2008     **Current Projected Date Of Final Report (TFR):**     January 15, 2010  (Actual)

Printed: 03/08/2012 03:04 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-08031 | **Trustee:** ALEX D. MOGLIA (330260) |
| **Case Name:** VILLA MECHANICAL, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****12-65 - Money Market Account |
| **Taxpayer ID #:** **-***7584 | **Blanket Bond:** N/A |
| **Period Ending:** 03/08/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/09/07 | {3} | Metlife | Policy Trust Statement payment | 1223-000 | 10.03 | | 10.03 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 0.01 | | 10.04 |
| 03/02/07 | {1} | University of Illinois | ACCOUNTS RECEIVABLE | 1121-000 | 27,661.85 | | 27,671.89 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 43.02 | | 27,714.91 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 53.43 | | 27,768.34 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 53.53 | | 27,821.87 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 50.17 | | 27,872.04 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 55.46 | | 27,927.50 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 53.84 | | 27,981.34 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 48.72 | | 28,030.06 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 57.52 | | 28,087.58 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 48.95 | | 28,136.53 |
| 12/21/07 | {3} | Metlife | Investor ID 8066-2829-3536 Dividend Distribution | 1223-000 | 12.58 | | 28,149.11 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 46.59 | | 28,195.70 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 41.05 | | 28,236.75 |
| 02/25/08 | 1001 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #06-08031 Voided on 02/25/08 | 2300-000 | | 58.17 | 28,178.58 |
| 02/25/08 | 1001 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #06-08031 Voided: check issued on 02/25/08 | 2300-000 | | -58.17 | 28,236.75 |
| 02/25/08 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #06-08031 | 2300-000 | | 58.17 | 28,178.58 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 23.10 | | 28,201.68 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 20.99 | | 28,222.67 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 16.00 | | 28,238.67 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 14.43 | | 28,253.10 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 14.87 | | 28,267.97 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 14.87 | | 28,282.84 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 13.92 | | 28,296.76 |
| 09/10/08 | | To Account #********1266 | Settlement payment to SG Supply for 75% of Uof I deposit funds | 9999-000 | | 21,223.00 | 7,073.76 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 7.80 | | 7,081.56 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 3.39 | | 7,084.95 |

Subtotals : $28,366.12 $21,281.17

{} Asset reference(s)

Printed: 03/08/2012 03:04 PM V.12.57

# Form 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 06-08031 | | **Trustee:** | ALEX D. MOGLIA (330260) |
| --- | --- | --- | --- | --- |
| **Case Name:** | VILLA MECHANICAL, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****12-65 - Money Market Account |
| **Taxpayer ID #:** | **-***7584 | | **Blanket Bond:** | N/A |
| **Period Ending:** | 03/08/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.91 | | 7,086.86 |
| 12/10/08 | {1} | G.F. Structures Corp. | ACCOUNTS RECEIVABLE | 1121-000 | 25,302.91 | | 32,389.77 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.07 | | 32,393.84 |
| 01/09/09 | | To Account #********1266 | Funds for second settlement payment to SG Supply | 9999-000 | | 19,000.00 | 13,393.84 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.50 | | 13,396.34 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.53 | | 13,397.87 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.75 | | 13,399.62 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.64 | | 13,401.26 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.59 | | 13,402.85 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.75 | | 13,404.60 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.70 | | 13,406.30 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.70 | | 13,408.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.64 | | 13,409.64 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.64 | | 13,411.28 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.70 | | 13,412.98 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.70 | | 13,414.68 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.59 | | 13,416.27 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.54 | | 13,417.81 |
| 03/01/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.11 | | 13,417.92 |
| 03/01/10 | | To Account #********1266 | close out for final accounting and distribution per Wencel | 9999-000 | | 13,417.92 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | | 53,699.09 | 53,699.09 | $0.00 |
| Less: Bank Transfers | | 0.00 | 53,640.92 | |
| **Subtotal** | | 53,699.09 | 58.17 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$53,699.09** | **$58.17** | |

{} Asset reference(s)

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 06-08031  
**Case Name:** VILLA MECHANICAL, INC.  
**Taxpayer ID #:** **-***7584  
**Period Ending:** 03/08/12  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-66 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/10/08 | | From Account #********1265 | Settlement payment to SG Supply for 75% of Uof I deposit funds | 9999-000 | 21,223.00 | | 21,223.00 |
| 09/10/08 | 101 | SG Supply | Settlement payment for U of I deposits | 4210-000 | | 21,222.57 | 0.43 |
| 01/09/09 | | From Account #********1265 | Funds for second settlement payment to SG Supply | 9999-000 | 19,000.00 | | 19,000.43 |
| 01/09/09 | 102 | SG Supply | 75% Settlement payment from G.F. Structures Corp. check | 4210-000 | | 18,977.18 | 23.25 |
| 03/09/09 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2009 FOR CASE #06-08031, Blanket Bond Payment for bond #016026455 term 2/1/09-2/1/10 | 2300-000 | | 14.33 | 8.92 |
| 03/01/10 | | From Account #********1265 | close out for final accounting and distribution per Wencel | 9999-000 | 13,417.92 | | 13,426.84 |
| 03/01/10 | 104 | LAW OFFICE OF BRUCE DE'MEDICI PC | Dividend paid 100.00% on $4,000.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 4,000.00 | 9,426.84 |
| 03/01/10 | 105 | ILLINOIS DEPARTMENT OF REVENUE | Dividend paid 5.16% on $324.54; Filed: $0.00 for State W/H Voided on 07/23/10 | 5300-000 | | 16.75 | 9,410.09 |
| 03/01/10 | 106 | Leo Delair | BANKRUPTCY CASE06-08031 ,VILLA MECHANICAL, INC.     DIVIDEND ON ALLOWED CLAIM # 3 of  5.16% | 5300-000 | | 203.59 | 9,206.50 |
| 03/01/10 | 107 | John Casteel | BANKRUPTCY CASE06-08031 ,VILLA MECHANICAL, INC.     DIVIDEND ON ALLOWED CLAIM # 4 of  5.16% Voided on 07/23/10 | 5300-000 | | 138.97 | 9,067.53 |
| 03/01/10 | 108 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,389.07 | 2,678.46 |
| | | | Dividend paid 100.00%    5,934.62 on $5,934.62; Claim# A; Filed: $5,934.62 | 2100-000 | | | 2,678.46 |
| | | | Dividend paid 100.00%    454.45 on $454.45; Claim# B; Filed: $454.45 | 2200-000 | | | 2,678.46 |
| 03/01/10 | 109 | INTERNAL REVENUE SERVICE | Combined Check for Claims#et_al. Voided on 07/23/10 | 5300-000 | | 199.06 | 2,479.40 |
| 03/01/10 | 110 | SMITH AMUNDSEN LLC | Combined Check for Claims#C,D | | | 2,479.40 | 0.00 |
| | | | Dividend paid 100.00%    2,465.00 on $2,465.00; Claim# C; | 3210-000 | | | 0.00 |

Subtotals : $53,640.92   $53,640.92

{} Asset reference(s)   Printed: 03/08/2012 03:04 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06-08031  
**Case Name:** VILLA MECHANICAL, INC.  
**Taxpayer ID #:** **-***7584  
**Period Ending:** 03/08/12  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-66 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $2,465.00 | | | | |
| | | | Dividend paid 100.00%    14.40<br>on $14.40;  Claim# D;<br>Filed: $14.40 | 3220-000 | | | 0.00 |
| 07/23/10 | 105 | ILLINOIS DEPARTMENT OF REVENUE | Dividend paid  5.16% on $324.54; Filed: $0.00 for State W/H<br>Voided: check issued on 03/01/10 | 5300-000 | | -16.75 | 16.75 |
| 07/23/10 | 107 | John Casteel | BANKRUPTCY CASE06-08031    ,VILLA MECHANICAL, INC.          DIVIDEND ON ALLOWED CLAIM # 4 of  5.16%<br>Voided: check issued on 03/01/10 | 5300-000 | | -138.97 | 155.72 |
| 07/23/10 | 109 | INTERNAL REVENUE SERVICE | Combined Check for Claims#et_al.<br>Voided: check issued on 03/01/10 | 5300-000 | | -199.06 | 354.78 |
| 07/23/10 | | Wire out to BNYM account 9200******1266 | Wire out to BNYM account 9200******1266 | 9999-000 | -354.78 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 53,286.14 | 53,286.14 | $0.00 |
| | | | Less: Bank Transfers | | 53,286.14 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 53,286.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$53,286.14** | |

{} Asset reference(s)

Printed: 03/08/2012 03:04 PM    V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 06-08031  
**Case Name:** VILLA MECHANICAL, INC.  
**Taxpayer ID #:** **-***7584  
**Period Ending:** 03/08/12

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******12-66 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1266 | Wire in from JPMorgan Chase Bank, N.A. account ********1266 | 9999-000 | 354.78 | | 354.78 |
| 01/31/11 | 10111 | UNITED STATES TREASURY | | | | 199.06 | 155.72 |
| | | | 156.34 | 5300-000 | | | 155.72 |
| | | | 34.62 | 5300-000 | | | 155.72 |
| | | | 8.10 | 5300-000 | | | 155.72 |
| 01/31/11 | 10112 | ILLINOIS DEPARTMENT OF REVENUE | Voided on 01/31/11 | 5300-000 | | 16.75 | 138.97 |
| 01/31/11 | 10112 | ILLINOIS DEPARTMENT OF REVENUE | Voided: check issued on 01/31/11 | 5300-000 | | -16.75 | 155.72 |
| 01/31/11 | 10113 | ILLINOIS DEPARTMENT OF REVENUE | | 5300-000 | | 16.75 | 138.97 |
| 01/30/12 | 10114 | CLERK OF THE UNITED STATES BANKRUPTCY COURT | UNCLAIMED DIVIDENDS | 7100-000 | | 138.97 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 354.78 | 354.78 | $0.00 |
| Less: Bank Transfers | | 354.78 | 0.00 | |
| **Subtotal** | | 0.00 | 354.78 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $354.78 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****12-65** | 53,699.09 | 58.17 | 0.00 |
| **Checking # ***-*****12-66** | 0.00 | 53,286.14 | 0.00 |
| **Checking # 9200-******12-66** | 0.00 | 354.78 | 0.00 |
| | $53,699.09 | $53,699.09 | $0.00 |

{} Asset reference(s)

Printed: 03/08/2012 03:04 PM V.12.57